# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR SANTA ROSA COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| MICHELLE L. SMITH | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO. |
| | ) |
| USAA CASUALTY INSURANCE COMPANY | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |
| | / |

## COMPLAINT

COMES NOW the Plaintiff, Michelle L. Smith, by and through her undersigned attorney and for the relief hereinafter requested, alleges as follows:

1.     This is a civil action for breach of an insurance contract which involves damages exceeding $30,000.

2.     The Plaintiff, Michelle L. Smith, is an individual who at all times material hereto, was and is a resident of Santa Rosa County, Florida, residing at 2616 Bayshore Parkway, Milton, Florida 32583 (hereinafter referred to as the "insured property").

3.     The Defendant, USAA Casualty Insurance Company (hereinafter referred to as USAA) is a foreign corporation qualified to conduct business in the State of Florida and was

1

USAA Confidential

authorized to and did issue by agent, policies of insurance in Santa Rosa County, Florida, at all times material to this Complaint.

4. Venue for this action is proper in the Circuit Court of the First Judicial Circuit, in and for Santa Rosa County, Florida, on the following grounds:

(a) The insured property is located in and the cause of action alleged in the Complaint accrued in Santa Rosa County, Florida;

(b) Plaintiff is a resident of Santa Rosa County, Florida; and

(c) USAA conducts business by agent in Santa Rosa County, Florida.

## BREACH OF CONTRACT

5. On July 31, 2020, USAA issued a policy of insurance to the Plaintiff, namely, Policy No. CIC 00675 12 33 90A, for a one (1) year period. A copy of the policy is attached hereto as Exhibit 1 and is incorporated by reference as if fully set out herein. (hereinafter referred to as the "Policy').

6. The Policy issued to the Plaintiff covered, among other things, wind and rain damage to the Plaintiff's dwelling under Coverage A up to a limit of $428,000; other structures as described under Coverage B up to a limit of $42,800; damage to Plaintiff's personal property under Coverage C up to a limit of $321,000; and loss of use under Coverage D up to a limit of $85,000.

7. On or about September 16, 2020, wind and rain associated with Hurricane Sally caused a direct physical loss to Plaintiff's dwelling, other structures and personal property and she has been unable to reside in the dwelling since the storm.

2

USAA Confidential

8. The Plaintiff timely notified USAA of her loss and the claim was inspected and adjusted by or on behalf of the Defendant. As a result, an estimate of damage for the dwelling was prepared and USAA paid the Plaintiff the total sum of $48,979.65 under Coverage A of the Policy based on such estimate. A copy of the estimate is attached hereto as Exhibit 2 and is incorporated by reference as if fully set out herein.

9. Plaintiff disagreed and still disagrees with Defendant's estimate and payment on her dwelling. Plaintiff alleges that the estimate and payment on the dwelling did not include or detail the full scope of covered damages and necessary repairs; damaged items were omitted or missing; the adjuster used incorrect and/or inadequate pricing which did not accurately reflect the true cost of repairs; and, the adjuster used inappropriate and/or inadequate methods of repair in preparing the estimate.

10. Plaintiff suffered extensive damage to her dwelling. Plaintiff obtained an estimate from a local contractor which far exceeded the repair estimate prepared by the Defendant which the Defendant has failed to consider. Further, Santa Rosa County Development Services made a determination that the insured property was substantially damaged as a result of Hurricane Sally. A copy of the determination letter is attached hereto as Exhibit 3 and is incorporated by reference as if fully set out herein.

11. As indicated in the determination letter, the repair of the house must now meet new construction standards. This includes flood plain building requirements as well as the Florida Building Code. These requirements include the removal of the structure from the flood plain, demolition or elevation of the property which prevents the property from being repaired to its pre-

3

0901119cb363db1f

loss condition. In this case, the insured dwelling has been effectively condemned since the cost to elevate and repair the house to current standards and requirements will exceed the cost to demolish and rebuild the house. Plaintiff alleges that, under Florida law, the house is a constructive total loss.

12.     Plaintiff further alleges that the damage caused by perils covered under the Policy, including wind and rain, accounted for over fifty (50) per cent of the pre-damage structure value. Accordingly, under the Florida Valued Policy Statute, Sec. 627.702 (1)(a), Plaintiff is due to be paid the dwelling policy limits.

13.     Under Coverage A, the Plaintiff is further entitled to "Building Ordinance or Law" coverage whereby USAA is obligated to pay any increased costs which are required and must be paid to comply with any ordinance or law governing the construction, repair or demolition of the insured property, including the costs of removing debris. This coverage is additional insurance up to five (5%) per cent of Coverage A and does not reduce the Dwelling Protection amount of insurance. Plaintiff has or will incur such expenses to comply with the Santa Rosa County flood plain ordinance as well as additional costs for reconstruction required by the Florida Building Code.

14.     Plaintiff also sustained damage to her personal property as a result of the wind and rain associated with Hurricane Sally and is entitled to benefits under Coverage C of her Policy.

15.     Further, the dwelling was rendered uninhabitable by the storm and Plaintiff has incurred a necessary increase in her living expenses so that she can maintain her normal standard of living. Accordingly, she is entitled to benefits under Coverage D of her Policy.

16.     On September 9, 2022, Plaintiff, by and through her attorney, made a final demand for payment. A copy of the demand in attached hereto as Exhibit 4 and is incorporated by reference

4

USAA Confidential

0901119cb363db1f

as if fully set out herein. USAA acknowledged receipt of the demand and denied any further payment of the claim. A copy of the denial is attached hereto as Exhibit 5 and is incorporated by reference as if fully set out herein.

17.    After receiving the denial and in compliance with Section 627.70152, Florida Statutes, Plaintiff submitted a "Property Insurance Notice of Intent to Initiate Litigation" (hereinafter referred to as the "Notice") on September 12, 2022, through the Florida Department of Financial Services being docketed as Notice No. 54462. This Notice was sent by the Department of Financial Services to the Defendant pursuant to Section 6127.70152(3)(a), Florida Statutes. A copy of the Notice is attached hereto as Exhibit 6 and is incorporated by reference as if fully set out herein.

18.    Thereafter, the Plaintiff, by and through her attorney, sent an additional copy of the Notice directly to the Defendant on the same date and also requested the Defendant to reconsider its position. A copy of the letter is attached hereto as Exhibit 7 and is incorporated by reference as if fully set out herein.

19.    More than ten business days has passed and the Defendant has failed or refused to respond to said Notice or otherwise comply with Section 627.70152, Florida Statutes.

20.    The above described Policy was in full force and effect at the time of the Plaintiff's loss and she has performed all conditions precedent entitling her to the coverages, payments, and benefits afforded by said Policy.

21.    The Defendant has failed or refused to pay the full amount due under the Policy and has otherwise failed or refused, without substantial legal justification or excuse, to comply

5

0901119cb363db1f                                                 USAA Confidential

with the terms and provisions of the policy. As a result thereof, the Defendant has breached the contract of insurance herein described. Defendant has also failed to comply with Section 627.70152, Florida Statutes.

22.     As a direct and proximate consequence of the Defendant's breach of said contract, the Plaintiff has not been fully paid or compensated for damage to her insured property. Further, Plaintiff has and will incur attorney fees, case expenses and costs to collect the correct amount due under the policy. Plaintiff further claims a reasonable sum as fees or compensation for the cost of prosecuting this action pursuant to Sections 627.428 and 627.70152, Florida Statutes.

23.     Plaintiff reserves the right to amend this Complaint in order to assert, inter alia, additional claims for damages as a result of Defendant's failure to comply with the terms, provisions and conditions of Section 627.10752, Florida Statutes.

WHEREFORE, Plaintiff demands judgment against USAA for an amount up to and including the above coverage limits under her Policy; any and all other amounts payable under said Policy; attorney fees, costs, and case expenses incurred in filing and prosecuting this action, including, but not limited to, any fees awarded by the Court pursuant to FL. Stat. §627.428, statutory interest and any and all other appropriate relief to which the Plaintiff may be entitled.

0901119cb363db1f

USAA Confidential

Respectfully submitted,

/s/ JAMES M. MESSER
James M. Messer
FL. Bar # 0655880
1499 Knollwood Court
Vestavia Hills, AL. 35243
Tel: (850) 266-4641
Email: messerlaw@att.net

ATTORNEY FOR PLAINTIFF


## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues involved in this action.

/s/ James M. Messer
James M. Messer
Attorney for Plaintiff

0901119cb363db1f

USAA Confidential



## USAA CASUALTY INSURANCE COMPANY
**9800 Fredericksburg Road - San Antonio, Texas 78288**
RENEWAL DECLARATIONS PAGE

# EXHIBIT 1

| Named Insured and Residence Premises | Policy Number |
|---|---|

MICHELLE L SMITH                    CIC    00675 12 33  90A

2616 BAYSHORE PKWY
MILTON, SANTA ROSA, FL  32583-9522

Policy Period From: 07/31/20    To: 07/31/21
(12:01 A.M. standard time at location of the residence premises)

---

**SECTION I - COVERAGES AND AMOUNTS OF INSURANCE**

| | |
|---|---|
| COVERAGE A - DWELLING PROTECTION | $428,000 |
| COVERAGE B - OTHER STRUCTURES PROTECTION | $42,800 |
| COVERAGE C - PERSONAL PROPERTY PROTECTION | $321,000 |
| COVERAGE D - LOSS OF USE PROTECTION (UP TO 24 MONTHS) | $85,600 |

**SECTION II - COVERAGES AND LIMITS OF LIABILITY**

| | |
|---|---|
| Personal Liability – Each Occurrence | $300,000 |
| Medical Payments to Others | $5,000 |

---

**DEDUCTIBLES**  (Applies to SECTION I Coverages ONLY)
We cover only that part of the loss over the deductible stated.

| | | |
|---|---|---|
| HURRICANE | 2%  HURRICANE | = $8,560 |
| ALL OTHER PERILS | $2,000 | |

---

| **POLICY PREMIUM** for Section I and Section II Coverages Above | $7,165.13 |
|---|---|

| **CREDITS AND DISCOUNTS** (Included in policy premium above.)   $1,170.75 CR | |
|---|---|
| Details on the following page. (If applicable) | |

| **OTHER COVERAGES AND ENDORSEMENTS** | |
|---|---|
| Form and Endorsements are printed on the following page. | $3.17 |

| **STATE SURCHARGES AND TAXES** | |
|---|---|
| FL SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE. | $561.13 |

**PREMIUM SUMMARY**

| | |
|---|---|
| NON-HURRICANE PREMIUM | $2,847.74 |
| HURRICANE PREMIUM INCLUDING FHCF | $4,876.49 |

**TOTAL POLICY PREMIUM INCLUDING SURCHARGES**
Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes
$7,729.43

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

---

**FIRST MORTGAGEE:**

NATIONSTAR MORTGAGE, LLC                LOAN NR    0646844779
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 7729
SPRINGFIELD, OH 45501-7729

COUNTERSIGNED BY AGENT
In Witness Whereof, this policy is signed on 06/02/20

Deneen Donnley, Secretary  S. Wayne Peacock, President

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.
ATTACH THIS DECLARATION TO PREVIOUS POLICY

**HOFL-D**

Filing # 158480735 E-Filed 10/03/2022 03:09:47 PM

USAA Confidential

0901119cb363db1f



USAA CASUALTY INSURANCE COMPANY
RENEWAL DECLARATIONS PAGE

**Policy Number**　　**Policy Term:**　07/31/20　　07/31/21
CIC　00675 12 33　90A　　　　　　　　Inception　　Expiration

## POLICY AND ENDORSEMENTS THAT ARE PART OF YOUR CONTRACT WITH US.

POLICY AND ENDORSEMENTS THAT ARE PART OF YOUR CONTRACT WITH US.

REMAIN IN EFFECT (Refer to prior Policy Packet(s) for documents not attached.):

|  |  |  |  |
|---|---|---|---|
| QR3CIC | (07-08) | QUICK REFERENCE-SPECIAL FORM | |
| HO-3RFL | (09-16) | HOMEOWNERS SPECIAL FORM | |
| HO-SLS3FL | (05-16) | SPECIAL LOSS SETTLEMENT | |
| FL271 | (02-16) | HURRICANE DEDUCTIBLE ENDORSEMENT | |
| HO-125FL | (09-16) | HOME PROTECTOR | |
| HO-208FL | (12-15) | WATER BACKUP OR SUMP PUMP OVERFLOW | |
| HO-728FL | (05-16) | REPLACEMENT COST COVERAGE | |
| HO-99FL | (08-16) | SINKHOLE LOSS COVERAGE | $3.17 |

ADDED:

HO-FL　　　(06-18) FLORIDA SPECIAL PROVISIONS

YOUR PREMIUM HAS BEEN REDUCED BY THE FOLLOWING CREDITS AND DISCOUNTS:

| | |
|---|---|
| AUTO AND HOME COMBINATION DISCOUNT | $59.26 CR |
| CLAIMS FREE DISCOUNT | $322.64 CR |
| HOME AGE DISCOUNT | $574.43 CR |
| PROTECTIVE DEVICE CREDIT | $0.37 CR |
| BUILDING CODE ENFORCEMENT PROGRAM CREDIT | $214.05 CR |

FOR INFORMATION ONLY:

YOUR BUILDING CODE ENFORCEMENT CREDIT GRADE IS 4.  IF YOUR COMMUNITY
WERE GRADED 1, THE CREDIT WOULD BE $365.36.  IF YOUR COMMUNITY DID NOT
PARTICIPATE IN THE BUILDING CODE ENFORCEMENT PROGRAM, A SURCHARGE
OF $70.12 WOULD APPLY TO YOUR PREMIUM.

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

| | |
|---|---|
| EMERGENCY MANAGEMENT FUND | $2.00 |
| FL HURRICANE CATASTROPHE FUND (FHCF) PREMIUM RECOUPMENT | $559.13 |

## How Insurance Score Affects Your Premium

When we calculate your premium, many factors are taken into consideration to provide you the lowest premium available. Some of the factors include property address, claims history and insurance score. The insurance score takes into consideration the primary policyholder's credit history. It also helps us assess insurance risk, predict the likelihood of future losses and set fair and reasonable premiums. LexisNexis Risk Solutions, Inc. provided us your insurance score but is not involved in determining your premium. If you have questions about your policy or your premium, please call us at 210-531-USAA, our mobile shortcut #8722 or 800-531-8722.

LexisNexis considers many factors, known as reason codes, when determining an insurance score. Some of these factors have affected your score and are listed below.

    Number of Accounts Currently or in the Past w/30+ Day Late Payments
    Ratio of Total Amount of Past Due Balances to Total Balances on Accounts
    Number of Auto Finance Accounts Established
    Number of Accounts Always Paid as Agreed

Within 60 days of receiving this notice, you may contact LexisNexis to request a free copy of the credit report that was used to calculate your insurance score, using the reference number below.

Mail:        LexisNexis Consumer Center
             P.O. Box 105108
             Atlanta, GA 30348-5108

Phone:       800-456-6004 (U.S. only)

Online:      consumerdisclosure.com

Reference#:  20129023500190

LexisNexis is not able to correct or otherwise alter the information contained on a credit bureau's report but it can facilitate the dispute of information that is inaccurate, incomplete or out of date.

This notice is provided by the following company:

    USAA CASUALTY INSURANCE COMPANY

0901119cb363db1f

USAA Confidential

HO-FL (06-18)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**FLORIDA SPECIAL PROVISIONS**

**DEFINITIONS**

5. **"Collapse"** is deleted and replaced by the following:

5. **"Collapse"** means:

   a. A sudden failing or caving in; or

   b. A sudden breaking apart or deformation such that the building or part of a building is in imminent peril of caving in and is not fit for its intended use.

7. **"Fungus"** is deleted and replaced by the following:

7. **"Fungus"** means any type or form of fungus including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungus.

9. **"Insured"** e. is deleted and replaced by the following:

   e. With respect to any vehicle or conveyance to which this policy applies:

      (1) Persons while engaged in your employ or that of any other person included in 9.a., 9.b. or 9.c. above; or

      (2) Other persons using the vehicle on an **"insured location"** with your consent.

The following is added to **10. "Insured location"**:

10. **"Insured location"** means:

   h. The part of other premises, other structures and grounds used by you as a residence; and

      (1) Which is shown in the Declaration; or

      (2) Which is acquired by you during the policy period for your use as a residence.

19. **"Residence Employee"** is deleted and replaced by the following:

19. **"Residence Employee"** means:

   a. An employee of any **"insured"** whose primary duties are related to the maintenance or use of the **"residence premises"**, including household or domestic service; or

   b. One who performs similar duties elsewhere not related to the **"business"** of an **"insured."**

21. **"Sudden and Accidental"** is deleted.

**SECTION I - PROPERTY WE COVER**

**Coverage C - Personal Property Protection**

Under **Property We Do Not Cover:**

Item **1.** is deleted.

Item **3.** is deleted and replaced by the following:

3. **"Motor vehicles(s)"**. This includes but is not limited to the following while in or upon a **"motor vehicle"**:

   a. Equipment, accessories, and parts;

   b. Any device or instrument for the transmitting, recording, receiving or reproduction of data, sound or pictures

CATALOG-NUMBER
126118-0219
Page 1 of 17

0901119cb363db1f          USAA Confidential



USAA CASUALTY INSURANCE COMPANY
**9800 Fredericksburg Road - San Antonio, Texas 78288**
RENEWAL DECLARATIONS PAGE

Named Insured and Residence Premises

MICHELLE L SMITH

2616 BAYSHORE PKWY
MILTON, SANTA ROSA, FL  32583-9522

Policy Number

CIC   00675 12 33  90A

Policy Period From: 07/31/20     To: 07/31/21
(12:01 A.M. standard time at location of the residence premises)

| SECTION I - COVERAGES AND AMOUNTS OF INSURANCE | |
|---|---|
| COVERAGE A - DWELLING PROTECTION | $428,000 |
| COVERAGE B - OTHER STRUCTURES PROTECTION | $42,800 |
| COVERAGE C - PERSONAL PROPERTY PROTECTION | $321,000 |
| COVERAGE D - LOSS OF USE PROTECTION (UP TO 24 MONTHS) | $85,600 |
| **SECTION II - COVERAGES AND LIMITS OF LIABILITY** | |
| Personal Liability – Each Occurrence | $300,000 |
| Medical Payments to Others | $5,000 |

**DEDUCTIBLES**  (Applies to SECTION I Coverages ONLY)
We cover only that part of the loss over the deductible stated.
HURRICANE                    **2%  HURRICANE   = $8,560**
ALL OTHER PERILS                    $2,000

| POLICY PREMIUM for Section I and Section II Coverages Above | $7,165.13 |
|---|---|
| **CREDITS AND DISCOUNTS** (Included in policy premium above.) $1,170.75 CR Details on the following page. (If applicable) | |
| **OTHER COVERAGES AND ENDORSEMENTS** Form and Endorsements are printed on the following page. | $3.17 |
| **STATE SURCHARGES AND TAXES** FL SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE. | $561.13 |

PREMIUM SUMMARY
   NON-HURRICANE PREMIUM                    $2,847.73
   HURRICANE PREMIUM INCLUDING FHCF         $4,876.49

**TOTAL POLICY PREMIUM INCLUDING SURCHARGES**
Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes
$7,729.43

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

**FIRST MORTGAGEE:**
NATIONSTAR MORTGAGE, LLC                LOAN NR      0646844779
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 7729
SPRINGFIELD, OH 45501-7729

COUNTERSIGNED BY AGENT
In Witness Whereof, this policy is signed on 06/02/20

Deneen Donnley, Secretary  S.Wayne Peacock, President

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.
ATTACH THIS DECLARATION TO PREVIOUS POLICY

**HOFL-D1**(09-16) Rev. 09-16          CATALOG-NUMBER 93722-1016__01

0901119cb363db1f

USAA Confidential



USAA CASUALTY INSURANCE COMPANY
RENEWAL DECLARATIONS PAGE

| **Policy Number** | **Policy Term:** | 07/31/20 | 07/31/21 |
|---|---|---|---|
| CIC  00675 12 33  90A | | Inception | Expiration |

## POLICY AND ENDORSEMENTS THAT ARE PART OF YOUR CONTRACT WITH US.

POLICY AND ENDORSEMENTS THAT ARE PART OF YOUR CONTRACT WITH US.

REMAIN IN EFFECT (Refer to prior Policy Packet(s) for documents not attached.):

| | | | |
|---|---|---|---|
| QR3CIC | (07-08) | QUICK REFERENCE-SPECIAL FORM | |
| HO-3RFL | (09-16) | HOMEOWNERS SPECIAL FORM | |
| HO-SLS3FL | (05-16) | SPECIAL LOSS SETTLEMENT | |
| FL271 | (02-16) | HURRICANE DEDUCTIBLE ENDORSEMENT | |
| HO-125FL | (09-16) | HOME PROTECTOR | |
| HO-208FL | (12-15) | WATER BACKUP OR SUMP PUMP OVERFLOW | |
| HO-728FL | (05-16) | REPLACEMENT COST COVERAGE | |
| HO-99FL | (08-16) | SINKHOLE LOSS COVERAGE | $3.17 |

ADDED:

| | | |
|---|---|---|
| HO-FL | (06-18) | FLORIDA SPECIAL PROVISIONS |

YOUR PREMIUM HAS BEEN REDUCED BY THE FOLLOWING CREDITS AND DISCOUNTS:

| | |
|---|---|
| AUTO AND HOME COMBINATION DISCOUNT | $59.26 CR |
| CLAIMS FREE DISCOUNT | $322.64 CR |
| HOME AGE DISCOUNT | $574.43 CR |
| PROTECTIVE DEVICE CREDIT | $0.37 CR |
| BUILDING CODE ENFORCEMENT PROGRAM CREDIT | $214.05 CR |

FOR INFORMATION ONLY:

YOUR BUILDING CODE ENFORCEMENT CREDIT GRADE IS 4. IF YOUR COMMUNITY
WERE GRADED 1, THE CREDIT WOULD BE $365.36. IF YOUR COMMUNITY DID NOT
PARTICIPATE IN THE BUILDING CODE ENFORCEMENT PROGRAM, A SURCHARGE
OF $70.12 WOULD APPLY TO YOUR PREMIUM.

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

| | |
|---|---|
| EMERGENCY MANAGEMENT FUND | $2.00 |
| FL HURRICANE CATASTROPHE FUND (FHCF) PREMIUM RECOUPMENT | $559.13 |

CATALOG-NUMBER

**HOFL-D2** (09-16)          06/02/20

131567-0916

0901119cb363db1f

USAA Confidential

# How Insurance Score Affects Your Premium

When we calculate your premium, many factors are taken into consideration to provide you the lowest premium available. Some of the factors include property address, claims history and insurance score. The insurance score takes into consideration the primary policyholder's credit history. It also helps us assess insurance risk, predict the likelihood of future losses and set fair and reasonable premiums. LexisNexis Risk Solutions, Inc. provided us your insurance score but is not involved in determining your premium. If you have questions about your policy or your premium, please call us at 210-531-USAA, our mobile shortcut #8722 or 800-531-8722.

LexisNexis considers many factors, known as reason codes, when determining an insurance score. Some of these factors have affected your score and are listed below.

Number of Accounts Currently or in the Past w/30+ Day Late Payments
Ratio of Total Amount of Past Due Balances to Total Balances on Accounts
Number of Auto Finance Accounts Established
Number of Accounts Always Paid as Agreed

Within 60 days of receiving this notice, you may contact LexisNexis to request a free copy of the credit report that was used to calculate your insurance score, using the reference number below.

Mail: LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

Phone: 800-456-6004 (U.S. only)

Online: consumerdisclosure.com

Reference#: 20129023500190

LexisNexis is not able to correct or otherwise alter the information contained on a credit bureau's report but it can facilitate the dispute of information that is inaccurate, incomplete or out of date.

This notice is provided by the following company:

USAA CASUALTY INSURANCE COMPANY

0901119cb363db1f

USAA Confidential

HO-FL (06–18)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**FLORIDA SPECIAL PROVISIONS**

**DEFINITIONS**

5. **"Collapse"** is deleted and replaced by the following:

5. **"Collapse"** means:

   a. A sudden failing or caving in; or

   b. A sudden breaking apart or deformation such that the building or part of a building is in imminent peril of caving in and is not fit for its intended use.

7. **"Fungus"** is deleted and replaced by the following:

7. **"Fungus"** means any type or form of fungus including mold or mildew, and any mycotoxins, spores, scents or by–products produced or released by fungus.

9. **"Insured"** e. is deleted and replaced by the following:

   e. With respect to any vehicle or conveyance to which this policy applies:

      (1) Persons while engaged in your employ or that of any other person included in 9.a., 9.b. or 9.c. above; or

      (2) Other persons using the vehicle on an **"insured location"** with your consent.

The following is added to **10. "Insured location"**:

10. **"Insured location"** means:

   h. The part of other premises, other structures and grounds used by you as a residence; and

      (1) Which is shown in the Declaration; or

      (2) Which is acquired by you during the policy period for your use as a residence.

19. **"Residence Employee"** is deleted and replaced by the following:

19. **"Residence Employee"** means:

   a. An employee of any **"insured"** whose primary duties are related to the maintenance or use of the **"residence premises"**, including household or domestic service; or

   b. One who performs similar duties elsewhere not related to the **"business"** of an **"insured."**

21. **"Sudden and Accidental"** is deleted.

**SECTION I - PROPERTY WE COVER**

**Coverage C - Personal Property Protection**

Under **Property We Do Not Cover:**

Item **1.** is deleted.

Item **3.** is deleted and replaced by the following:

3. **"Motor vehicles(s)"**. This includes but is not limited to the following while in or upon a **"motor vehicle"**:

   a. Equipment, accessories, and parts;

   b. Any device or instrument for the transmitting, recording, receiving or reproduction of data, sound or pictures

CATALOG–NUMBER
126118–0219
Page 1 of 17

0901119cb363db1f

USAA Confidential

which is permanently installed in a **"motor vehicle"**. We do not cover antennas, tapes, wire, discs or other

c. media, for use with any such device or instrument.

We do cover **"motor vehicle(s)"** or all other motorized land conveyances not subject to motor vehicle registration which are:

a. Used solely to service any residence; or

b. Designed for assisting the handicapped.

Subject to the provisions under Special Amounts of Insurance we also cover:

a. Motorized golf carts and their equipment and accessories; and

b. Motorized vehicles designed or modified to operate at speeds not to exceed 15 miles per hour and for use off public roads

The following is added to **Property We Do Not Cover:**

Controlled substances included on Schedule 1 as defined by 21 U.S.C.A. Section 812, at the time of loss. This exclusion does not apply to lawfully prescribed substances.

## COVERAGE D - Loss of Use Protection

The lead-in paragraph is deleted and replaced by the following:

The SECTION I – LOSSES WE DO NOT COVER apply to the coverage provided under Loss of Use below. The amount of insurance for Loss of Use shown in the Declarations is the total limit for the coverages listed below.

1. **Additional Living Expense** is deleted and replaced by the following:

In the HO-3R:

1. **Additional Living Expense.** If a loss covered under SECTION I – LOSSES WE COVER makes that part of the **"residence premises"** where you reside uninhabitable, we cover the necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere, in either event not to exceed 24 months.

In the HO-3R and HO-6R:

2. **Fair Rental Value** is deleted and replaced by the following:

2. **Fair rental Value.** If a loss under SECTION I – LOSSES WE COVER makes that part of the **"residence premises"** rented to others or held for rental by you uninhabitable, we cover the fair rental value of that part of the **"residence premises"** rented to other or held for rental by you less any expenses that do not continue while the premises is uninhabitable.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental, but not to exceed 24 months.

In HO-3R and HO-6R:

Item 3. **Prohibited Use** is deleted and replaced by the following:

3. **Prohibited Use.** If a loss covered under SECTION I – LOSSES WE COVER results in an order from a civil authority prohibiting you from the use of the **"residence premises"** as a result of direct damage to neighboring premises by a loss covered under SECTION I – LOSSES WE COVER, we cover the Additional Living Expense and/or Fair Rental Value loss as provided under 1. and 2. above for not more than two weeks.

0901119cb363db1f

USAA Confidential

## ADDITIONAL COVERAGES

The lead-in paragraph is deleted and replaced by the following:

Unless specifically addressed elsewhere in this policy, the coverages provided below are the only coverages provided for the following. The SECTION I – LOSSES WE DO NOT COVER apply to these coverages unless otherwise stated.

**Under 6. Credit Card Coverage and Identity Fraud Expense Coverage**, Item **b.**, **"Expenses"** (3) is deleted and replaced by the following:

   (3) Lost wages as a result of time taken off work to meet with, or talk to, law enforcement agencies, credit agencies, merchants, and/or legal counsel, or to complete fraud affidavits, not to exceed $250 per day;

**7.  Loss Assessment** is deleted and replaced by the following:

In HO-3R and HO-6R:

**7.  Loss Assessment.** We will pay up to $50,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the **"residence premises"**, by a corporation or association of property owners. The assessment must be made as a result of sudden and accidental direct physical loss to the property, owned by all members collectively, caused by a loss under SECTION I – LOSSES WE COVER for **DWELLING PROTECTION COVERAGE and OTHER STRUCTURES PROTECTION COVERAGE,** subject to all provisions of the policy.

This coverage does not apply to assessments made as a result of damage caused by:

a.  Earthquake; or

b.  Land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the **"residence premises"**.

We do not cover loss assessments charged against you or a corporation or association of property owners by any government body.

The limit of $50,000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition **1. Policy Period** under Section I and II – Conditions does not apply to this coverage.

This is additional insurance and does not reduce the amount of insurance.

No deductible applies to this coverage.

In the HO-6R the following is added to **7. Loss Assessment:**

However, the maximum amount of loss assessment coverage for any one property loss, regardless of the number of assessments, shall be an amount equal to your unit-owner's loss assessment in effect one day before the date of occurrence. Any changes to the limits of your unit-owner's coverage for loss assessments made on or after the day before the occurrence are not applicable to such loss.

In the HO-3R:

Item **12. Glass or Safety Glazing Material** item a. is deleted and replaced by the following:

   a.  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

In the HO-6R:

Item **11. Glass or Safety Glazing Material** item a. is deleted and replaced by the following:

   a.  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

**HO-FL** (06-18)

0901119cb363db1f

USAA Confidential

In the HO−3R:

Item **14. Building Ordinance or Law** is deleted and replaced by:

**14. Building Ordinance or Law.** For loss caused by a loss under Section I − LOSSES WE COVER to buildings under Dwelling Protection and Other Structures Protection, we will pay the increased costs which are required and you actually incur to comply with any ordinance or law governing the construction, repair or demolition of the damaged property, including the costs of removing debris.

The limit for this coverage will not be more than 5% of the Coverage A − Dwelling Protection amount of insurance.

This coverage is additional insurance and does not reduce the Dwelling Protection amount of insurance.

In the HO−6R:

Item **12. Building Ordinance or Law** is deleted and replaced by:

**12. Building Ordinance or Law.** For loss caused by a loss under Section I − LOSSES WE COVER to buildings under Dwelling Protection, we will pay the increased costs which are required and you actually incur to comply with any ordinance or law governing the construction, repair or demolition of the damaged property, including the costs of removing debris.

The limit for this coverage will not be more than 5% of the Coverage A − Dwelling Protection amount of insurance.

This coverage is additional insurance and does not reduce the Dwelling Protection amount of insurance.

In the HO−6R:

Under **15. War,** the **Suit Against Us** Clause is changed to the following:

No action can be brought unless the policy provisions have been complied with and the action is started within five years after the date of payment by the government.

Item **16. Fungus, or Wet or Dry Rot** is deleted and replaced by the following:

**16. Fungus, or Wet or Dry Rot.**

If as a direct result of a loss covered under SECTION I−LOSSES WE COVER, we will pay up to a total of $10,000 for:

a.  The cost to treat, remove or dispose of **"fungus"**, or wet or dry rot from covered property;

b.  The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **"fungus"**, wet or dry rot;

c.  The cost to test, to detect, measure or evaluate the air or property to confirm the absence, presence or level of **"fungus"**, or wet or dry rot whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reasonable probability that there is the presence of **"fungus"**, or wet or dry rot; and/or

d.  The necessary increase in costs which you incur to maintain your normal standard of living when the **"residence premises"** is uninhabitable due to a loss caused by, resulting from, or consisting of **"fungus"**, or wet or dry rot.

The amount shown above is the most we will pay during the policy term for the total of all loss or costs payable under this Additional Coverage regardless of the:

a.  Number of locations insured; or

b.  Number of claims made.

**HO−FL** (06−18)                                    Page 4 of 17

0901119cb363db1f                    USAA Confidential

This coverage is additional insurance and does not reduce the amount of insurance.

No deductible applies to this coverage once the policy deductible has been met.

In the HO-3R:

Under **18. War**, item b. is deleted and replaced by the following:

b.  Abandonment as a consequence of **"war"**;

Under **18. War**, the **Suit Against Us** clause is changed to the following:

No action can be brought unless the policy provisions have been complied with and the action is started within five years after the date of the payment by the government.

**SECTION I - LOSSES WE COVER**

In HO-3R:

**COVERAGE A - DWELLING PROTECTION COVERAGE AND COVERAGE B - OTHER STRUCTURES PROTECTION COVERAGE**

The lead-in paragraph is deleted and replaced by the following:

We insure against sudden and accidental, direct physical loss to tangible property described in PROPERTY WE COVER-COVERAGES A and B unless excluded in SECTION I – LOSSES WE DO NOT COVER.

In HO-6R:

**COVERAGE A - DWELLING PROTECTION COVERAGE AND COVERAGE C - PERSONAL PROPERTY PROTECTION**

The lead-in paragraph is deleted and replaced by the following:

We insure against sudden and accidental, direct physical loss to tangible property described in PROPERTY WE COVER-DWELLING

PROTECTION and PERSONAL PROPERTY PROTECTION caused by a peril listed below unless excluded in SECTION I – LOSSES WE DO NOT COVER.

Item **7. Smoke** is deleted and replaced by the following:

7.  **Smoke**, meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial smudging or operations.

In HO-3R:

**COVERAGE C - PERSONAL PROPERTY PROTECTION**

The lead-in paragraph is deleted and replaced by the following:

We insure against sudden and accidental, direct physical loss to tangible property described in PROPERTY WE COVER-COVERAGE C caused by a peril listed below unless the loss is excluded in SECTION I – LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION, OTHER STRUCTURES PROTECTION AND PERSONAL PROPERTY PROTECTION.

Item **7. Smoke** is deleted and replaced by the following:

7.  **Smoke**, meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial smudging or operations.

Under **9. Theft**, item a. is deleted and replaced by the following:

a.  Committed by any **"insured"** or any other person regularly residing on any part of the **"insured location"** for a period in excess of thirty consecutive days, even if the other permanent residency is established or claimed elsewhere;

**HO-FL** (06-18)

0901119cb363db1f

USAA Confidential

Item **14. Freezing** is deleted and replaced by the following:

**14. Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the **"residence premises"** while the dwelling is unoccupied if you have failed to:

a.  Maintain heat in the building; or

b.  Shut off the water supply and drain the system and appliances of water.

HO–3R Only:

## SECTION I - LOSSES WE DO NOT COVER

**LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION AND OTHER STRUCTURES PROTECTION.**

The lead in paragraph of item 1., including (i) through (iv) is deleted and replaced by the following:

1.  Unless otherwise stated in 3. below we do not insure for damage consisting of or caused by any of the following, regardless of whether the event or damage occurs suddenly or gradually, involves isolated or widespread damage, or occurs as a result of any combination of these to produce the loss.

Item 1.a. is deleted and replaced by the following:

a.  Freezing of plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed and then, only if you have failed to:

(1)  Maintain heat in the building; or

(2)  Shut off the water supply and drain the system and appliance of water.

Item 1.e is deleted and replaced by the following:

e.  Constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, unless such seepage or leakage of water or steam and the resulting damage is unknown to all **"insureds"** and is hidden within walls or beneath the floor or above the ceilings of a structure;

The following is added to paragraph 1:

q.  Involving **"Collapse"**, other than as provided in ADDITIONAL COVERAGES, **"Collapse"**.

Item **3.** is deleted and replaced by the following:

**3.**  Under item 1. above any ensuing loss to property described in Coverages A and B not otherwise excluded or excepted in this policy is covered.

**LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION, OTHER STRUCTURES PROTECTION AND PERSONAL PROPERTY PROTECTION**

Item **1.i. "Fungus", Wet or Dry Rot or Bacteria** is deleted and replaced by the following:

i.  **"Fungus", Wet or Dry Rot**, other than as provided in ADDITIONAL COVERAGES, **Fungus or Wet or Dry Rot**.

This exclusion does not apply when **"Fungus", Wet or Dry Rot** result from fire or lightning.

j.  **"Collapse"** is deleted.

HO-FL (06–18)                                                                 Page 6 of 17

0901119cb363db1f          USAA Confidential

For HO-3R Only:

Item 2. a. is deleted and replaced by the following:

**2.a. Weather Conditions** which includes but is not limited to heat, cold, humidity, rain, ice, snow, sleet, wind, hail or drought. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION, OTHER STRUCTURES PROTECTION AND PERSONAL PROPERTY PROTECTION item 1. above to produce the loss.

## SECTION I - CONDITIONS

Under **2. Your Duties After Loss**, the lead in paragraph and item a. is deleted and replaced by the following:

**2. Your Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an **"insured"** seeking coverage, or a representative of either:

    a. Promptly notify us or your agent about the loss, except for the following:

        (1) A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of a claim does not affect any limitation for legal action against us as provided in this policy under the Suit Against Us Condition, including any amendment to that condition.

## 3. Loss Settlement

In the HO-3R:

Item b (2) under 3. Loss Settlement is deleted and replaced by the following:

    (2) When the cost to repair or replace the damaged property is greater than $5,000, we will settle the loss as follows:

        (a) We will initially pay the **"actual cash value"** of the damaged property, minus an applicable deductible.

        (b) We will then pay the necessary amounts actually spent to repair or replace the damaged property as work is performed and expenses are incurred.

        (c) If a total loss, we will pay the replacement cost amount without deduction for depreciation.

The following is added to **Loss Settlement:**

## VALUATION CLAUSE

**"Total loss"** means direct physical damage to a dwelling under COVERAGE A – Dwelling or any structure covered under COVERAGE B – Other Structures caused to such an extent that the remnant of the dwelling or other structure cannot be repaired back to its original condition. **"Total loss"** also means direct physical damage to a dwelling or other structure where, though only partly damaged, it is rendered unfit for the purpose for which it was constructed, or there is an ordinance or law prohibiting its repair. **"Total loss"** also means direct physical damage to a

0901119cb363db1f

USAA Confidential

dwelling or other structure where, though only partly damaged, the cost to repair is greater than the limit stated on the policy Declarations.

a. If a **total loss,** caused by a covered peril, occurs to any dwelling covered under Coverage A – Dwelling Protection of this policy, we agree the loss settlement shall be the amount stated on the policy Declarations for Coverage A.

b. If a **"total loss"**, caused by a covered peril, occurs to any structure covered under Coverage B – Other Structures Protection, the other structures are covered for the amount stated on the policy Declarations for Coverage B – Other Structures Protection.

The loss settlement amount will not apply if you have made a change increasing the risk without our consent, or if there has been a fraudulent or criminal act on the part of you or anyone acting in your behalf.

c. Paragraphs a. and b. do not apply if a **"total loss"** is caused in part by a covered peril and a noncovered peril. When this occurs our liability shall be limited to the amount of the loss caused by the covered peril. However, if the covered peril alone would have caused the **"total loss"**, we will pay only the amount for which the property was insured as specified in the policy.

In the event you are paid benefits which are duplications in whole or in part of our payment pursuant to this section, we shall have the right to recover payments subject to the **Other Insurance** clause.

In the HO–6R:

Item b.(2) under 3. Loss Settlement is deleted and replaced by the following:

(2) When the cost to repair or replace the damaged property is greater than $5,000, we will settle the loss as follows:

(a) We will initially pay the **"actual cash value"** of the damaged property, minus any applicable deductible.

(b) We will then pay the necessary amounts actually spent to repair or replace the damaged property as work is performed and expenses are incurred.

(c) If a **"total loss"**, we will pay the replacement cost amount without deduction for depreciation.

The following is added to item **5. Matching of Undamaged Property:**

However, when the replaced items do not match in quality, color or size, we will make reasonable repairs or replacement of items in adjoining areas.

In determining the extent of the repairs or replacement of items in adjoining areas, we may consider the cost of repairing or replacing the undamaged portions of the property, the degree of uniformity that can be achieved without such cost, the remaining useful life of the undamaged portion, and other relevant factors.

Item **6. Appraisal.** is deleted and replaced by the following:

### 6. Mediation and Appraisal

For the purposes of Number 6. Mediation and Appraisal, "you" and "your" refer to the "named insured" shown in the Declarations, the spouse when resident of the same household and any assignee.

(a) Mediation

If you and we are engaged in a dispute regarding a claim under this policy, either party may demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services.

0901119cb363db1f

USAA Confidential

(1) The loss amount must be $500 or more, prior to the application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount you request.

(2) The settlement in the course of mediation is binding only if both parties agree in writing on the settlement and you have not rescinded the settlement within three business days after reaching settlement.

(3) You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

(4) We will pay the cost of conducting any mediation except when you fail to appear at a mediation. That mediation will then be rescheduled upon your payment of the total cost for the rescheduled mediation.

(5) If we fail to appear at a mediation without good cause, we will pay the actual cash expenses you incur in attending the mediation and also pay the total cost for the rescheduled mediation.

(6) However, we are not required to participate in a mediation requested by the assignee.

(b) Appraisal

Appraisal is an alternative dispute resolution method to address and resolve disagreement regarding the amount of the covered loss.

(1) If you and we fail to agree on the amount of loss, either party may demand an appraisal of the loss. If you or we demand appraisal, the demand for appraisal must be in writing and shall include an estimate of the amount of any dispute that results from the covered loss.

The estimate shall include a description of each item of damaged property in dispute as a result of the covered loss, along with the extent of damage and the estimated amount to repair or replace such item.

(2) In this event, each party will choose a qualified, disinterested appraiser within 20 days after receiving a written demand from the other.

(3) The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss.

(4) If they fail to agree, the two appraisers will choose a qualified, disinterested umpire. If they cannot agree upon an umpire within 15 days, you and we may request that the choice be made by a judge of a court of record located in the state where the **"residence premises"** is located.

(5) The two appraisers will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

(6) Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and the umpire equally. Any fees for expert witnesses or attorneys will be paid by the party who hires them. Neither the umpire nor the appraisers will have a financial interest that is conditioned on the outcome of the specific matter for which they are called to serve.

(7) You, we, the appraisers and the umpire shall be given reasonable and timely access to inspect the damaged property, in accordance with the terms of the policy.

0901119cb363db1f                    USAA Confidential

(8) If we demanded the mediation in (a) above and either party rejects the mediation results, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the claim. However, if you demanded the mediation, and either party rejected the mediation results, we are not precluded from demanding appraisal under these provisions. If we demand appraisal, you are required to submit to, or participate in, any appraisal of the loss prior to filing suit against us. If you demand appraisal, we are required to submit to, or participate in, any appraisal of the loss prior to suit against you.

(9) This is not a provision for or requiring arbitration. The appraisers and the umpire are only authorized to determine the **"actual cash value"**, replacement cost or cost to repair the property that is the subject of the claim. They are not authorized to determine coverage, exclusions, conditions, forfeiture provisions, conditions precedent, or any other contractual issues that may exist between us. The appraisal award cannot be used by either of us in any proceeding concerning coverage, exclusions, forfeiture provisions, conditions precedent or other contractual issues. However, once the contractual liability is admitted or determined, the appraisal award is binding upon you and us.

Item **7. Other Insurance** is deleted and replaced by the following:

**7. Other Insurance.** Other insurance includes the coverage and any deductible required by such other insurance.

If a loss covered by this policy is also covered by other insurance, we will pay as follows:

a. Coverage provided by the ADDITIONAL COVERAGE, Credit Card Coverage and Identity Fraud Expense Coverage is excess over other insurance that covers the same loss. This coverage is also excess over any other contractual conditions, rights or benefits that provide relief from or indemnification for your obligations to pay any amounts to any third party resulting from a loss covered by this coverage. In no event will we pay more than the applicable amount of insurance; or

b. For a loss to personal property that is separately described and specifically insured by other insurance, whether or not that policy is primary or excess, we will be excess over that insurance for a loss that is also covered under this policy; or

c. For all other coverages we will pay only the proportion of the loss that the amount of insurance that applies under this policy bears to the total amount of the insurance covering the loss; or

d. This policy does not apply to motorized golf carts and their equipment and accessories when any other insurance also applies.

**8. Suit Against Us** is deleted and replaced by the following:

**8. Suit Against Us.** No action can be brought against us unless you have:

a. Given us notice of the loss,

b. Complied with all other policy provisions, and

c. Started the action

within five years from the date of loss.

**9. Our Option** provision has been deleted.

**10. Loss Payment** is deleted and replaced by the following:

0901119cb363db1f                          USAA Confidential

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earlier of the following:

a. 20 days after we receive your proof of loss and reach written agreement with you; or

b. 60 days after we receive your proof of loss and;

   (1) There is an entry of a final judgment; or

   (2) There is a filing of an appraisal award with us; or

c. We will pay or deny a claim or a portion of such claim within 90 days after we receive notice of an initial, reopened or supplemental claim from you unless the failure to pay such claim or a portion of the claim is caused by factors beyond our control which reasonably prevent such payment.

15. **Concealment, Misrepresentation or Fraud** is deleted and replaced by the following:

15. **Concealment, Misrepresentation or Fraud.** If you or any other **"insured"** whether before or after an **"occurrence"** or loss under this policy has:

a. Intentionally concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made material false statements which, if known by us, would have caused us not to:

   (1) Issue the policy;

   (2) Issue the policy in as large an amount;

   (3) Provide coverage for the hazard resulting in the loss; or

   (4) Issue the policy for the same amount of premium or at the same rate.

We may:

a. Declare the entire policy void as to the interest of all **"insureds"** and refund the premium as of the date of the conduct described in a., b., or c. occurs if the conduct is committed during the issuance of the policy. Any premium refund will be offset by any amounts paid to any **"insured"** under the policy after the date of the conduct described in a., b., or c. above, or

b. We may deny coverage relating to conduct described in a. or b. above while in the presentation of a claim.

If the policy has been in effect for more than 90 days, we will not deny a claim based on credit information available in public records.

We reserve all rights to seek recovery of the amount we pay from any person committing concealment, misrepresentation or fraud for all payments made and cost incurred.

Item **16. Duties to Determine and Maintain Policy Limits** is deleted and replaced by the following:

16. **Duties to Determine and Maintain Policy Limits.** It is your responsibility to determine and maintain adequate amounts of insurance to totally replace or repair your dwelling and other structures.

The following Condition is added:

   **Reducing The Risk Of Loss**

   We may occasionally provide you with products or services that assist you in preventing or reducing the risk of loss, and may provide an incentive for your use of these items.

0901119cb363db1f

USAA Confidential

**SECTION II - EXCLUSIONS**

Under **1. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**, item **e.**;

This exclusion does not apply to the permissive use, loading or unloading of:

Is deleted and replaced by the following:

This exclusion does not apply to the ownership, maintenance, permissive use, loading or unloading of:

Under **1. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**, item **f.**, the following is added under:

This exclusion does not apply to any **"watercraft"** owned or borrowed by or rented to any **"insured"**:

    (3) That is powered solely by current, paddles or oars.

Under **1. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**, item **o.** is deleted.

Under **2. Coverage E - Personal Liability**, item **e.** is deleted and replaced by the following:

e. **"Bodily injury"** or **"property damage"** for which any **"insured"** under this policy:

    (1) Is also an **"insured"** under a nuclear energy liability policy; or

    (2) Would be an **"insured"** under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

    (1) Nuclear Energy Liability Insurance Association;

    (2) Mutual Atomic Energy Liability Underwriters;

    (3) Nuclear Insurance Association of Canada;

or any of their successors'.

Under **3. Coverage F Medical Payments to Others** item **d.** is deleted and replaced by the following:

    d. To any person, other than a **"residence employee"** of any **"insured"**, regularly residing on any part of the **"insured location"**.

**SECTION II - ADDITIONAL COVERAGES**

4. **Loss Assessment** is deleted and replaced by the following:

In HO-3R and HO-6R:

4. **Loss Assessment.** We will pay up to $50,000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

    a. **"Bodily injury"** or **"property damage"** caused an **"occurrence"** not excluded under SECTION II of this policy; or

    b. Liability for an act committed by a director, officer or trustee in the capacity as a director, officer or trustee, provided:

        (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

        (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies to assessments only to loss assessments charged against you as owner or tenant of the **"residence premises"**.

HO-FL (06-18)                                                   Page 12 of 17

0901119cb363db1f                           USAA Confidential

We do not cover loss assessments charged against you or a corporation or association of property owners by any government body.

Regardless of the number of assessments, the limit of $50,000 is the most we will pay for loss arising out of:

a. One **"occurrence"**, including continuous or repeated exposure to substantially the same general harmful conditions; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

SECTION II, Coverage E – Personal Liability Exclusion 2.a.(1) does not apply to this coverage.

Condition **1. Policy Period** under Section I and II – Conditions does not apply to this coverage.

In the HO–6R the following is added to **4. Loss Assessment**:

However, the maximum amount of loss assessment coverage for any one property loss, regardless of the number of assessments, shall be an amount equal to your unit-owner's loss assessment in effect one day before the date of occurrence. Any changes to the limits of your unit-owner's coverage for loss assessments made on or after the day before the occurrence are not applicable to such loss.

## SECTION II - CONDITIONS

1. **Limit of Liability** is deleted and replaced by the following:

1. **Limit of Liability**

a. Except as modified below the Coverage E – Personal Liability limit is shown in the Declarations. Our limit for all damages resulting from any one **"occurrence"** will not be more than the limit of liability for Coverage E as shown on the Declarations. All **"bodily injury"** and **"property damage"**

resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one **"occurrence"**.

b. **Sublimits of Liability**

(1) Our total aggregate liability under Coverage E – Personal Liability for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of ,or presence of any **"fungus"** or wet or dry rot will not be more than the aggregate limit of $50,000. This is the most we will pay regardless of the:

(a) Number of locations insured under the policy;

(b) Number of persons injured;

(c) Number of persons whose property is damaged;

(d) Number of **"insured's"**;

(e) Number of **"occurrences"** or claims made.

This sublimit is within, but does not increase the Coverage E – Personal Liability limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

(2) Subject to Paragraph a. above, our total liability under Coverage E – Personal Liability for damages for which an **"insured"** is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This sublimit is within, but does not increase the Coverage E – Personal Liability limit of liability.

0901119cb363db1f                    USAA Confidential

c.  The limit of liability in a. above and sublimits in b. above apply regardless of the number of **"insureds"**, claims made or persons injured.

d.  Our total liability under Coverage F – Medical Payments to Others for all medical expense payable for **"bodily injury"** to one person as a result of one accident will not be more than the limit of liability for Coverage F – Medical Payments as shown on the Declarations.

With respect to the Sublimits of Liability, item (1) above, **2. Severability of Insurance** is deleted and replaced by the following.

2.  **Severability of Insurance.** This insurance applies separately to each **"insured"** except with respect to the Aggregate Sublimit of liability described in b. (1) Sublimits of Liability above. This condition will not increase the limits of liability for this coverage.

3.  **Concealment, Misrepresentation or Fraud** is deleted and replaced by the following:

    3.  **Concealment, Misrepresentation or Fraud.** We may deny coverage as to the interest of all **"insureds"** if you or any other **"insured"**, whether before or after an **"occurrence"** or loss under this policy, has:

        a.  Intentionally concealed or misrepresented any material fact or circumstance;

        b.  Engaged in fraudulent conduct relating to this insurance; or

        c.  Made material false statements, which if known by us, would have caused us not to:

            (1)  Issue the policy;

            (2)  Issue the policy in as large an amount;

            (3)  Provide coverage for the hazard resulting in the loss; or

            (4)  Issue the policy for the same amount of premium or at the same rate.

If the policy has been in effect for more than 90 days, we will not deny a claim based on credit information available in public records.

We reserve all rights to seek recovery from any person committing concealment, misrepresentation or fraud for all payments made and cost incurred.

**SECTIONS I AND II - CONDITIONS**

4.  **Cancellation.** Item b. is deleted and replaced by the following:

    b.  When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

    c.  We may also cancel this policy subject to the following provisions.

        (1)  When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

        However, if the **"residence premises"** designated in this policy is secured by a mortgage and the policy is cancelled for nonpayment of premium due to the failure of the lender to make timely payment, the policy will be reinstated retroactive to the date of cancellation if;

        (a)  The premium is not more than 90 days overdue; and

        (b)  Payment is received.

0901119cb363db1f                    USAA Confidential

(2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

(a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(b) On the basis of a single claim on a property insurance policy which was the result of water damage unless we can demonstrate that the **"insured"** failed to take action reasonably requested by us to prevent a future similar occurrence of the damage to the property.

(c) On the basis of the lawful use, possession, or ownership of a firearm or ammunition.

Except as provided in item b. and c.(1) above, we will let you know of our action at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for more than 90 days, we may not cancel:

(a) On the basis of the lawful use, possession, or ownership of a firearm or ammunition; or

(b) On the basis of credit information available in public records.

(4) When this policy has been in effect for more than 90 days, we may cancel:

(a) If there has been a material misstatement:

(b) If the risk has changed substantially since the policy was issued;

(c) In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us prior to the policy effective date; or

(d) If the cancellation is for all insureds under the policies of this type for a given class of insureds.

Except as provided in item b. and c.(1) above, we may do so by delivering to you or mailing to you at your address shown in the Declarations written notice at least 120 days before the effective date of the cancellation together with the specific reasons for cancellation.

d. When this policy is cancelled, the premium for the policy period from the date of cancellation to the expiration date will be refunded pro rata.

e. If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund within 15 days after the date cancellation takes place.

f. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing by postal mail will be sufficient proof of notice.

5. **Nonrenewal** is deleted and replaced by the following:

5. **Nonrenewal.** We may elect not to renew this policy.

We may do so by delivering to you or mailing to you at your address shown in the Declarations written notice at least 120 days before the effective date of the nonrenewal together with specific reasons for nonrenewal.

0901119cb363db1f                            USAA Confidential

Proof of mailing by postal mail will be sufficient proof of notice.

However, we will not nonrenew this policy:

a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the **"insured"** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

b. On the basis of filing of claims for loss caused by sinkhole damage, unless

   (1) The total of such property claim payments equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building(s); or

   (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

c. On the basis of a single claim on a property insurance policy which is the result of water damage unless we can demonstrate that the **"insured"** failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

d. On the basis of the lawful use, possession, or ownership of a firearm or ammunition; or

e. On the basis of credit information available in public records.

The following change applies to the HO–6R only:

Under item **6. Subrogation**, the first paragraph is deleted and replaced by the following:

**6. Subrogation.** Any **"insured"** may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the **"residence premises"** is located.

Under item **6. Subrogation**, the following is added to the HO–3R and HO–6R.

Subrogation does not apply to **SECTION II - Coverage F - Medical Payments to Others**.

Item **8. Assignment** is deleted and replaced by the following:

**7. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

The following conditions are added:

**Renewal Notification.** If we elect to renew this policy, we will let you know, in writing:

a. Of our decision to renew this policy; and

b. The amount of the renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown on the Declarations at least 45 days before the expiration date of this policy.

**Notification To Insured Regarding Access**

If we require access to the **"insured"** or claimant or to the insured property that is the subject of a claim, we must provide at least 48 hours notice to the **"insured"** or claimant, your public adjuster or legal representative before scheduling a meeting with the **"insured"** or claimant, or prior to

0901119cb363db1f

USAA Confidential

conducting an onsite inspection of the
insured property. The **"insured"** or claimant
may deny access to the property if the
notice has not been provided. The
**"insured"** or claimant may waive the 48
hour notice.

Except as specifically modified in this
endorsement, all provisions of the policy to
which this endorsement is attached also apply
to this endorsement.

Copyright, USAA, 2018. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

0901119cb363db1f

USAA Confidential

# NOTICE OF CHANGE IN POLICY TERMS
## FLORIDA

We are making changes to your Homeowners policy as part of a change affecting all Homeowners policies in Florida insured through the USAA Group of companies. These are provided in the table below. These changes will apply upon the effective date of the endorsed policy.

Descriptions in the table below are necessarily brief. You should review the endorsed policy for the exact terms and conditions. If you want to accept this new policy, no action is required on your part other than the payment of premiums. If you have questions, call a member service representative at 800-531-USAA (8722) or via our mobile shortcut #8722.

The table below illustrates the changes we have made to your Homeowners policy.

| Changes to Your Homeowners Policy | | | |
|---|---|---|---|
| Coverage | Prior Policy | New Policy | Notes |
| Matching of Undamaged Property | Did not specifically address the cost of repairing or replacing undamaged portions of property. | Specifically considers the cost of repairing or replacing undamaged portions of property. | Please see your policy for specifics. |
| Mediation and Appraisal | Mutual consent was required for appraisal. | Either party may request appraisal in accordance with the rules established by the Florida Department of Financial Services. | Please see your policy for specifics. |

USAA Confidential

## FLORIDA CALENDAR YEAR HURRICANE DEDUCTIBLE NOTICE

Florida law requires that the hurricane deductible for this policy be applied on an annual basis to all hurricane losses that occur during the calendar year.

**What this means to you**

We will apply a calendar year hurricane deductible to all Florida homeowners and fire policies. If your property is damaged by more than one hurricane during this calendar year, we may apply a deductible to the subsequent hurricane that is the greater of:

− The remaining amount of the hurricane deductible; or

− The amount of the deductible that applies to all other perils.

**Handling hurricane damage this year**

- **Report <u>all</u> windstorm-related damage.** We can help you keep track of the damage, which will make handling any future claims easier. Reporting this damage will not raise your insurance rates.

- **Document repairs and keep all receipts.** This will help determine when you've reach your deductible. Remember to photograph the damage before repairs begin.

For additional information, please refer to the Calendar Year Hurricane Deductible section of the Hurricane Deductible Endorsement (FL271).

**FL-HD(02)** (04−10)

0901119cb363db1f

USAA Confidential

# IMPORTANT MESSAGES REGARDING LAW AND ORDINANCE AND FLOOD INSURANCE

<u>LAW AND ORDINANCE</u>: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

<u>FLOOD INSURANCE</u>: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

0901119cb363db1f

USAA Confidential

## FLORIDA COVERAGE OPTIONS

Florida law allows you to remove certain coverage from your policy.

Explanations can be found below. Before you decide to remove coverage from your policy, we suggest you call us at 1−800−531−USAA (8722) to discuss it. USAA does not recommend that you remove these coverages.

### Windstorm and Hail Coverage

You can remove coverage for windstorm, hail, hurricane and tropical storm from your USAA policy. USAA has elected to treat windstorm and hail as a combined peril. If you elect to exclude windstorm coverage, you will also be electing to exclude hail coverage.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

"I do not want the insurance on my (home/condominium unit) to pay for damage from windstorms or hurricanes. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. If you want us to send you a request form, call 1−800−531−USAA (8722). If your property is financed, you must also include a letter from your mortgage company giving its permission to remove the coverage from your policy. Once the letters are received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews.

### Contents Coverage

You can remove coverage for your contents from your policy. This option is not available for condominium units.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

"I do not want the insurance on my home to pay for the costs to repair or replace any contents that are damaged. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. Once this letter is received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews. If you want us to send you a request form, call 1−800−531−USAA (8722).

### Sinkhole Coverage

You can reject Sinkhole Loss Coverage and carry only Catastrophic Ground Cover Collapse (CGCC) Coverage. Read "Sinkhole Coverage" (form FLSNKREJ) for descriptions of both coverage options. If you elect to reject Sinkhole Loss Coverage, your request must be in writing for changes to apply.

0901119cb363db1f

USAA Confidential

## CHECKLIST OF COVERAGE
### Policy Type: Homeowner

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage | |
|---|---|
| Limit of Insurance:    $428,000 | Loss Settlement Basis:  Replacement Cost |
| **Other Structures Coverage** | |
| Limit of Insurance:    $42,800 | Loss Settlement Basis:  See Note Below |
| **Personal Property Coverage** | |
| Limit of Insurance:    $321,000 | Loss Settlement Basis: Replacement Cost |
| **Deductibles** | |
| Annual Hurricane:    $8,560 | All Perils (Other Than Hurricane):    $2,000 |

Note: Other Structures that are buildings are settled at Replacement Cost, and other structures that are not buildings are settled at Actual Cash Value.

.

0901119cb363db1f

USAA Confidential

The Limit of Insurance, Deductibles, and Loss Settlement Basis on page 1 apply to the following perils insured against:

(Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included)

| | |
|---|---|
| Y | Hurricane |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Fire or Lightning |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning, or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |
| N | Flood (including loss caused by hurricane) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included) | Total for the following coverages is listed below. | |
| Y Additional Living Expense | | Up to 24 Months |
| Y Fair Rental Value | $85,600 | Up to 24 Months |
| Y Civil Authority Prohibits Use | | Up to 2 Weeks |

OIR-B1-1670
**FLHO3CHK(03)** Rev. 04-10

USAA Confidential

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| **You may have purchased additional coverage limits that are not shown here.** | | | |
| (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is not included) | Limit of Insurance | Amount of insurance is an additional Amount of Coverage or is included with the policy limit. | |
| | Provided in Contract | Included | Additional |
| Y | Debris Removal | 5% of Applicable Policy Limits | | X |
| Y | Reasonable Repairs | Up to Applicable Policy Limits | X | |
| Y | Property Removed | Up to Applicable Policy Limits | X | |
| Y | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $5,000 | | X |
| Y | Loss Assessment | $10,000 | | X |
| Y | Collapse | Up to Applicable Policy Limits | X | |
| Y | Glass or Safety Glazing Material | Up to Applicable Policy Limits | X | |
| Y | Landlord's Furnishings | $2,500 | X | |
| Y | Law and Ordinance | 5% of Applicable Dwelling Limits | | X |
| Y | Grave Markers | Up to Applicable Policy Limits | X | |
| Y | Mold | $10,000 | | X |

| Discounts | |
|---|---|
| (Items below marked **Y (YES)** indicate discount IS applied, those marked **N (NO)** indicated discount is NOT applied) | Discount Amount |
| Y Multiple Policy (Auto/Homeowners Combination) | $59.26 |
| Y Fire Alarm / Smoke Alarm / Burglar Alarm | $0.37 |
| N Sprinkler | |
| N Windstorm Loss Reduction (FBC) | |
| Y Building Code Effectiveness Grading Schedule | $214.05 |
| Y New Home (Home Age) | $574.43 |
| Y Claim Free | $322.64 |

OIR-B1-1670
**FLHO3CHK(03)** Rev. 04-10

0901119cb363db1f

USAA Confidential

| Other Coverage Options | |
|---|---|
| (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included) | Limit of Insurance |
| **Y** Home Protector | Up to 25% of Dwelling Limits |

| Personal Liability Coverage | |
|---|---|
| Limit of Insurance:    $300,000 | |
| **Medical Payments to Others Coverage** | |
| Limit of Insurance:    $5,000 | |

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included) | Limit of Insurance | Amount of Insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| **Y** Claim Expenses | $300,000 | | X |
| **Y** First Aid Expenses | $5,000 | | X |
| **Y** Damage to Property of Others | $ 1,000 | | X |
| **Y** Loss Assessment | $ 10,000 | | X |

OIR-B1-1670
**FLHO3CHK(03)** Rev. 04-10

0901119cb363db1f

USAA Confidential


## SINKHOLE LOSS COVERAGE REJECTION

All policies include coverage for Catastrophic Ground Cover Collapse. Subject to USAA's approved underwriting guidelines you may also purchase coverage for Sinkhole Loss. Below is a description of both coverages.

**Coverage Options**

| Coverage | Covers | Deductible |
|----------|--------|------------|
| Sinkhole Loss | Structural damage to the covered building, including the foundation, caused by settlement or systematic weakening of the earth supporting the covered building, but only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation. If there is structural damage to the covered building, contents and additional living expenses coverage apply if there is coverage for damage to the covered building. | A 10% deductible applies to this coverage. |
| Catastrophic Ground Cover Collapse | Structural damage to the covered building, including the foundation, if geological activity results in the following: (1) abrupt collapse of the ground cover; (2) a depression in the ground cover clearly visible to the naked eye; and (3) condemnation of the insured structure or an order to vacate the structure by a governmental agency authorized by law to issue such an order for that structure. If there is structural damage to the covered building, contents coverage applies if there has been loss resulting from a catastrophic ground cover collapse. | The All Other Perils deductible on the policy. |

New policies are issued with Catastrophic Ground Cover Collapse unless you selected Sinkhole Loss coverage at the time of issue.

Please refer to page two of your policy Declarations to determine which coverage is provided under your policy. If your policy already includes coverage for Sinkhole Loss you have the option to reject this coverage and carry only Catastrophic Ground Cover Collapse. **This will result in a reduction in premium and a reduction in coverage.** To select Catastrophic Ground Cover Collapse only, complete the information below and return this form to us. Important: Your request must be in writing for the change to apply. You may purchase Sinkhole Loss coverage in the future, subject to underwriting guidelines.

If you have any questions, please call a USAA member service representative at **1-800-531-USAA (8722).**

0901119cb363db1f

USAA Confidential

**REJECTION NOTICE**

This rejection will apply for the duration of this policy and to all policy renewals that follow. This includes any reinstated or reissued policy for the property below that USAA or an affiliated company covers without interruption.

☐ I want Catastrophic Ground Cover Collapse Coverage only.*

*Choosing this coverage constitutes rejection of Sinkhole Loss Coverage.

USAA#:          00675 12 33                    POLICY #: 90A

Property Address:   2616 BAYSHORE PKWY

                    MILTON, SANTA ROSA, FL 32583-9522

Signature :                                        Date

Mail the completed notice to:   USAA

                                9800 Fredericksburg Road

                                San Antonio, TX 78288-0001

Or, fax it to:                  (800) 531-8877

**If this form is sent by fax, the sender authorizes the document received by USAA as a duplicate original and the signature produced by the receiving fax machine as the sender's original signature.**

FLSNKREJ(03) Rev. 12-15                                        Page 2 of 2

0901119cb363db1f

USAA Confidential

## Outline of Your Homeowners Policy

THE FOLLOWING OUTLINE OF COVERAGE IS FOR INFORMATIONAL PURPOSES ONLY. IT IS THE EXPRESS INTENT OF S. 627.4143, FLORIDA LAW PROHIBITS THIS OUTLINE FROM CHANGING ANY OF THE PROVISIONS OF THE INSURANCE CONTRACT WHICH IS THE SUBJECT OF THIS OUTLINE. ANY ENDORSEMENTS REGARDING CHANGES IN TYPES OF COVERAGE, EXCLUSIONS, LIMITATIONS, REDUCTIONS, DEDUCTIBLES, COINSURANCE, RENEWAL PROVISIONS, CANCELLATION PROVISIONS, SURCHARGES OR CREDITS WILL BE SENT SEPARATELY.

THE INFORMATION IN THIS FORM BRIEFLY OUTLINES THE MAJOR COVERAGES, EXCLUSIONS, NON-RENEWAL AND CANCELLATION PROVISIONS. YOU SHOULD READ YOUR POLICY FOR COMPLETE DETAILS ON THE COVERAGE. THE COVERAGES AND LIMITS YOU HAVE PURCHASED AND THE PREMIUMS CHARGED ARE LISTED ON THE DECLARATIONS PAGE. IN THE EVENT OF ANY CONFLICT BETWEEN THE POLICY AND THIS OUTLINE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

### Property coverages

**A.** Covers your dwelling, including structures attached. Coverage A applies to real property owned by you.

**B.** Covers private, non-business structures at your residence, detached from the dwelling, such as a garage, fence, swimming pool or guest house.

**C.** Covers your personal property such as clothes and furniture. Certain special limits apply such as $200 to money and $10,000 for theft of jewelry. You should review these in Section I of your policy along with the kinds of property which are not covered, such as motorized vehicles and property of roomers or boarders.

**D.** Additional Living Expense provides for payments to you if you temporarily cannot continue to live in your residence because of a covered loss to your dwelling.

### Additional coverages

Debris Removal; Cost of Reasonable Repairs; Coverage for certain losses to trees, plants and shrubs; Fire Department Service Charge; Coverage for Property Removed due to a covered loss; Credit Card and Identity Fraud Expense; Loss Assessment; Collapse; Lock Replacement; Refrigerated Products, Land, Landlord's Furnishings, Building Ordinance or Law; and Temporary Living Expense, Fungus, or Wet or Dry Rot, Military Uniforms and Equipment, War, and Electronic Media..

### Covered Losses

**Form HO-3 - Special Form.** Covers dwelling, other structures, and loss of use against all risks of physical loss, with certain exceptions.

Personal property is covered for named perils, some of which are: Fire or Lightning, or Explosion, Riot, Aircraft, Vehicles, Smoke, Vandalism and Theft.

**Form HO-6 - Unit-Owners form.** Covers personal property, unit owners building items, and loss of use against loss by the same perils as provided under the HO-3 for personal property.

0901119cb363db1f

USAA Confidential

## Property losses we do not cover

The principal exclusions in your property coverage are briefly referred to here: Loss from earth movement (other than Catastrophic Ground Cover Collapse), water damage from flood and other surface or wind-driven waters, power failure, neglect, war and nuclear hazards.

## Deductible

If the property is eligible for windstorm, hurricane and hail coverage, Florida policies contain a separate deductible for hurricane losses, which may result in high out-of-pocket expenses for you. The hurricane deductible applies only once for all hurricane-related losses that occurs for a single policy during a calendar year (January 1 through December 31).

If the property excludes coverage for windstorm, hurricane, and hail, then coverage is available through the Citizens Property Insurance Corporation (Citizens).

## Personal liability coverages

Section II of your policy covers you for your legal liability for bodily injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. Coverage does not apply to liability resulting from your business pursuits, motor vehicles, or certain kinds of watercraft.

## Coverage modifications

The Homeowners Program is very flexible, providing numerous ways to accommodate any special needs you may have. Some of the more common optional coverages include:

**Home Protector** – this endorsement provides coverage for increased costs of construction and debris removal.

**Building ordinance or law** – this endorsement pays for the increased costs you have to pay to repair or replace damaged buildings in accordance with ordinances or laws that regulate construction, repair, or demolition.

## Renewal and cancellation provisions

You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy is limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation and nonrenewal date.

## Premium credits

There are various premium credits available which may help to reduce your premium. The following is a brief list of credits for which you may qualify:

* Monitored Fire Alarm/Burglar Alarm
* Florida Building Code Credit
* Florida Building Code Effectiveness Grading Schedule
* Automobile/Homeowners Combination
* Age of Home
* Claims Free

0901119cb363db1f

USAA Confidential



9800 Fredericksburg Road
San Antonio, Texas 78288

# BUILDING ORDINANCE OR LAW COVERAGE OPTIONS

If you don't want to make changes, there is no need to return this notice. If you decide to make a change, please sign the attached selection/rejection notice and return it to us. For an additional premium, the coverage can be increased or added to your policy. If you decide not to continue this coverage, sign the attached selection/rejection notice and return it to us.

Regardless of whether you have Building Ordinance or Law coverage or not, state law requires that we periodically give you the opportunity to add, increase, or reject the coverage. A brief description appears below for your reference.

**Important: rejection must be in writing for changes to apply to this coverage.**

## DESCRIPTION OF BUILDING ORDINANCE OR LAW COVERAGE

Building Ordinance or Law coverage pays for the increased costs you incur to repair or replace damaged buildings in accordance with ordinances or laws that regulate construction, repair or demolition. The available Building Ordinance or Law endorsement provides either 25 percent or 50 percent of the stated dwelling amount for the increase in construction cost due to Building Ordinance or Law compliance. A new policy will have a 25% limit unless you make a different selection below.

This additional coverage provides protection when in the course of repairing damage from a covered loss, you are required to upgrade or retrofit the damaged building to comply with codes or ordinances enacted between the time the building was originally constructed and the date construction begins. Coverage is also provided when laws or ordinances require the demolition of damaged buildings, including undamaged portions, prior to rebuilding.

## SELECTION/REJECTION NOTICE

Florida law requires that we obtain your signature if you want to change your Building Ordinance or Law coverage limit, or if you want to reject the additional coverage entirely. Please indicate your choice and complete this selection/rejection notice, sign and date below, and return it to us.

- [ ] I want Building Ordinance or Law coverage of 50 percent.*
- [ ] I want Building Ordinance or Law coverage of 25 percent.*
- [ ] I want to reject both the 25 percent and 50 percent additional Building Ordinance or Law coverage limits entirely.

   * Choosing this percentage limit constitutes rejection of the other percentage limit available.

Signature _____   Date _____

**If this form is sent by facsimile machine (fax), the sender adopts the document received by USAA as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.**

Policy Number _____   Property Address _____

Mail the completed notice to:

    USAA PROPERTY
    USAA
    9800 Fredericksburg Road
    San Antonio, Texas 78288-0001

CATALOG-NUMBER
23939-0916
Page 1 of 2

**23939(04)** Rev. 02-16

PS.006751233.23939.90A



USAA Confidential

THIS PAGE INTENTIONALLY LEFT BLANK

**23939(04)** Rev. 02-16

PS.006751233.23939.90A

0901119cb363db1f

USAA Confidential

# Notice Regarding Hurricane-Wind Premium Discounts

The following OIR-B1-1655 form is an industry standard form. Effective 12/31/2017, USAA has introduced changes that impact your Hurricane-Wind Premium that are not reflected on the standard form.

**Roof Rating**
Several roof characteristics are used in the calculation of your Homeowners premium including the year the roof was installed and roof cover. If your roof has been installed more recently than the installation year USAA has on file, you may be eligible for a premium reduction. We ask that you verify the accuracy of the roof information for your home.

To view or update this information, log on to usaa.com and
1. Select My Accounts
2. Then select Homeowners
3. Lastly select Update Home Characteristics.

Or, if you prefer to correct your information by phone, call 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722.

**Minimum Discount for Homes Built to 2001 Florida Building Code or Later Edition**
For homes built under the 2001 Florida Building Code or later edition (also including the 1994 South Florida Building Code for homes in Miami-Dade and Broward Counties) the minimum discount of 68% on the hurricane-wind portion of your premium shown on the OIR-B1-1655 form is no longer correct. The discount percentage now varies based on your location and the year your home was built.

0901119cb363db1f                    USAA Confidential

# Notice of Premium Discounts for Hurricane Loss Mitigation

## \*\*\* Important Information \*\*\*
## About Your Homeowner Insurance Policy

Dear Homeowner, JULY 31, 2020

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

**What factors are considered in establishing my premium?**

Your location: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 71%.

CATALOG-NUMBER
132818-0917
**OIR-B1-1655** (Rev. 02/10) Adopted by Rule 690-170.0155 Page 1 of 4

USAA Confidential

**ALLCAT**
**A USAA Service Provider**
**PO BOX 33490**
**San Antonio, TX 78265**
**855-925-5228**
**10/28/2020**

# EXHIBIT 2

| | | | |
|---|---|---|---|
| Insured: | SMITH, MICHELLE | Home: | (850) 287-0502 |
| Property: | 2616 BAYSHORE PKWY | Business: | (850) 473-1441 |
| | MILTON, FL 32583 | Cell: | (850) 287-0502 |
| Home: | 3700 CREIGHTON RD STE 4 | E-mail: | drmls1001@yahoo.com |
| | PENSACOLA, FL 32504 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |

| | | | |
|---|---|---|---|
| Estimator: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |

**Member Number:** 006751233          **Policy Number:** 006751233/90A          **L/R Number:** 017

**Type of Loss:** Wind Damage          **Cause of Loss:** Other

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $8,560.00 | $428,000.00 |
| Dwelling - Code Upgrade | $0.00 | Shared with Dwelling |
| Contents | $0.00 | $321,000.00 |
| Other Structures | $0.00 | $42,800.00 |
| Loss of Use | $0.00 | $85,600.00 |
| Code Upgrade | $0.00 | $0.00 |
| Tree Debris Removal | $0.00 | $0.00 |
| Tree Debris Removal - Tree debris removal | $0.00 | Shared with Tree Debris Removal |

| | | | |
|---|---|---|---|
| Date Contacted: | 10/21/2020 8:00 AM | | |
| Date of Loss: | 9/16/2020 1:00 AM | Date Received: | 10/20/2020 1:00 AM |
| Date Inspected: | 10/26/2020 4:00 PM | Date Entered: | 10/20/2020 8:56 AM |
| Date Est. Completed: | 10/28/2020 10:12 PM | | |

Price List:          FLPE8X_OCT20
                     Restoration/Service/Remodel

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 58,107.37 |
| Material Sales Tax | 1,487.21 |
| Subtotal | 59,594.58 |
| Overhead | 5,959.57 |
| Profit | 5,959.57 |
| **Replacement Cost Value** | **$71,513.72** |

0901119cb363db1f

USAA Confidential

| | |
|---|---:|
| Less Depreciation | (14,486.21) |
| **Actual Cash Value** | **$57,027.51** |
| Less Deductible | (8,560.00) |
| **Net Claim** | **$48,467.51** |
| Total Recoverable Depreciation | 14,486.21 |
| **Net Claim if Depreciation is Recovered** | **$62,953.72** |

Erin King

"ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE." FL STAT. §817.234

Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

USAA Confidential

| Insured: | SMITH, MICHELLE | Home: | (850) 287-0502 |
| Property: | 2616 BAYSHORE PKWY | Business: | (850) 473-1441 |
| | MILTON, FL 32583 | Cell: | (850) 287-0502 |
| Home: | 3700 CREIGHTON RD STE 4 | E-mail: | drmls1001@yahoo.com |
| | PENSACOLA, FL 32504 | | |
| | | | |
| Claim Rep.: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |
| | | | |
| Estimator: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |

**Member Number:** 006751233          **Policy Number:** 006751233/90A          **L/R Number:** 017

**Type of Loss:** Wind Damage          **Cause of Loss:** Other

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $8,560.00 | $428,000.00 |
| Dwelling - Code Upgrade | $0.00 | Shared with Dwelling |
| Contents | $0.00 | $321,000.00 |
| Other Structures | $0.00 | $42,800.00 |
| Loss of Use | $0.00 | $85,600.00 |
| Code Upgrade | $0.00 | $0.00 |
| Tree Debris Removal | $0.00 | $0.00 |
| Tree Debris Removal - Tree debris removal | $0.00 | Shared with Tree Debris Removal |

| | | | |
|---|---|---|---|
| Date Contacted: | 10/21/2020 8:00 AM | | |
| Date of Loss: | 9/16/2020 1:00 AM | Date Received: | 10/20/2020 1:00 AM |
| Date Inspected: | 10/26/2020 4:00 PM | Date Entered: | 10/20/2020 8:56 AM |
| Date Est. Completed: | 10/28/2020 10:12 PM | | |

Price List:     FLPE8X_OCT20
                Restoration/Service/Remodel

## Summary for Dwelling - Code Upgrade

**This is not an additional amount of insurance and does not increase the limit of coverage for the policy.**

| | |
|---|---|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

## Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---|
| Line Item Total | 1,061.11 |

USAA Confidential

| | |
|---|---:|
| Material Sales Tax | 21.28 |
| Subtotal | 1,082.39 |
| Overhead | 108.24 |
| Profit | 108.24 |
| **Replacement Cost Value** | **$1,298.87** |
| **Total Paid When Incurred** | **$1,298.87** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$1,298.87** |

## Dwelling - Additional Coverage Limit Recap

| Description | Single Item Limit | Aggregate Limit | RCV | Overage |
|---|---:|---:|---:|---:|
| Dwelling - Code Upgrade | $21,400.00 | $21,400.00 | $1,298.87 | $0.00 |
| | | | $1,298.87 | $0.00 |

Erin King

"ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE." FL STAT. §817.234

Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

0901119cb363db1f

| | | | |
|---|---|---|---|
| Insured: | SMITH, MICHELLE | Home: | (850) 287-0502 |
| Property: | 2616 BAYSHORE PKWY | Business: | (850) 473-1441 |
| | MILTON, FL 32583 | Cell: | (850) 287-0502 |
| Home: | 3700 CREIGHTON RD STE 4 | E-mail: | drmls1001@yahoo.com |
| | PENSACOLA, FL 32504 | | |
| | | | |
| Claim Rep.: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |
| | | | |
| Estimator: | Erin King | Business: | (866) 625-5228 |
| | | Cellular: | (307) 461-1450 |

**Member Number:** 006751233        **Policy Number:** 006751233/90A        **L/R Number:** 017

**Type of Loss:** Wind Damage        **Cause of Loss:** Other

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $8,560.00 | $428,000.00 |
| Dwelling - Code Upgrade | $0.00 | Shared with Dwelling |
| Contents | $0.00 | $321,000.00 |
| Other Structures | $0.00 | $42,800.00 |
| Loss of Use | $0.00 | $85,600.00 |
| Code Upgrade | $0.00 | $0.00 |
| Tree Debris Removal | $0.00 | $0.00 |
| Tree Debris Removal - Tree debris removal | $0.00 | Shared with Tree Debris Removal |

| | | | |
|---|---|---|---|
| Date Contacted: | 10/21/2020 8:00 AM | | |
| Date of Loss: | 9/16/2020 1:00 AM | Date Received: | 10/20/2020 1:00 AM |
| Date Inspected: | 10/26/2020 4:00 PM | Date Entered: | 10/20/2020 8:56 AM |
| Date Est. Completed: | 10/28/2020 10:12 PM | | |

Price List:        FLPE8X_OCT20
                   Restoration/Service/Remodel

## Summary for Tree Debris Removal

| | |
|---|---|
| Line Item Total | 163.28 |
| Overhead | 16.33 |
| Profit | 16.33 |
| **Replacement Cost Value** | **$195.94** |
| **Net Claim** | **$195.94** |

Erin King

0901119cb363db1f                                          USAA Confidential

"ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE." FL STAT. §817.234

Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

0901119cb363db1f

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| Line Items | | | | | | |
| | 5,975.90 | 5,975.90 | 1,487.21 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | |
| | 5,975.90 | 5,975.90 | 1,487.21 | 0.00 | 0.00 | 0.00 |

USAA Confidential

**SMITH___MICHELLE**

**Main Level**



**Roof1**

| | |
|---|---|
| 4205.71  Surface Area | 42.06  Number of Squares |
| 250.96  Total Perimeter Length | 12.77  Total Ridge Length |
| 165.87  Total Hip Length | |

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 1.  Remove Laminated - comp. shingle rfg. - w/ felt | | | | | |
| SQ | 42.06 SQ | 50.38 | 2,118.98 | (0.00) | 2,118.98 |
| 2.  Laminated - comp. shingle rfg. - w/out felt | | | | | |
| SQ | 48.67 SQ | 189.79 | 9,237.08 | (4,926.44) | 4,310.64 |

15% waste added. Permits are paid as a supplement for actual cost incurred if a copy is submitted along with a contractor's certificate of completion. Note - the roofing price per square for tear off includes debris removal/haul off.

| | | | | | |
|---|---|---|---|---|---|
| 3.  Roofing felt - 15 lb. | | | | | |
| SQ | 42.06 SQ | 24.95 | 1,049.40 | (787.05) | 262.35 |
| ~~4.  Roofing felt - 30 lb.~~ | | | | | |
| ~~SQ~~ | ~~42.06 SQ~~ | ~~30.18~~ | ~~1,269.37~~ | ~~(0.00)~~ | ~~1,269.37~~ |

This item replaces RFGFELT15 Roofing felt - 15 lb. or expands the scope of repairs, as required by current building codes. Settlement is based on the associated item until the code upgrade cost is incurred, subject to limits.

| | | | | | |
|---|---|---|---|---|---|
| ~~5.  Re-nailing of roof sheathing - complete re-nail~~ | | | | | |
| ~~SF~~ | ~~4,205.71 SF~~ | ~~0.20~~ | ~~841.14~~ | ~~(0.00)~~ | ~~841.14~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | | | | | |
|---|---|---|---|---|---|
| 6.  Ridge cap - composition shingles | | | | | |
| R+HIP | 178.63 LF | 3.33 | 594.84 | (380.70) | 214.14 |
| 7.  Flashing - pipe jack | | | | | |
| 4 | 4.00 EA | 35.60 | 142.40 | (65.10) | 77.30 |
| 8.  Continuous ridge vent - shingle-over style | | | | | |
| 16 | 16.00 LF | 7.38 | 118.08 | (53.98) | 64.10 |
| 9.  Drip edge/gutter apron | | | | | |
| P | 250.96 LF | 2.15 | 539.56 | (246.66) | 292.90 |
| 10.  Detach & Reset Gutter / downspout - aluminum - up to 5" | | | | | |
| 161.52 | 161.52 LF | 2.59 | 418.34 | (0.00) | 418.34 |
| 11.  Detach & Reset Roof vent - turtle type - Metal | | | | | |
| 1 | 1.00 EA | 43.14 | 43.14 | (0.00) | 43.14 |
| 12.  Remove Additional charge for high roof (2 stories or greater) | | | | | |
| SQ | 42.06 SQ | 4.92 | 206.94 | (0.00) | 206.94 |
| 13.  Additional charge for high roof (2 stories or greater) | | | | | |
| SQ | 42.06 SQ | 14.89 | 626.27 | (0.00) | 626.27 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Roof1** | | | 15,095.03 | 6,459.93 | 8,635.10 |

### Right Elevation

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 14. R&R Siding - fiber cement - board & batten - sheet | | | | | |
| 20 | 20.00 SF | 6.67 | 133.40 | (0.00) | 133.40 |
| Damaged siding that fell off | | | | | |
| 15. Exterior - paint two coats | | | | | |
| 104 | 104.00 SF | 1.03 | 107.12 | (80.34) | 26.78 |
| siding on right side of damaged area | | | | | |
| 16. Digital satellite system - Detach & reset | | | | | |
| 1 | 1.00 EA | 26.88 | 26.88 | (0.00) | 26.88 |

| **Totals: Right Elevation** | | | **267.40** | **80.34** | **187.06** |
|---|---|---|---|---|---|

### Back elevation

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 17. Tree - removal - per hour (Labor only) | | | | | |
| 8 | 8.00 HR | 46.59 | 372.72 | (0.00) | 372.72 |
| For tree that is on deck | | | | | |

| **Totals: Back elevation** | | | **372.72** | **0.00** | **372.72** |
|---|---|---|---|---|---|

| **Total: Main Level** | | | **15,735.15** | **6,540.27** | **9,194.88** |
|---|---|---|---|---|---|

### Deck and Stairs

USAA Confidential

### Living Room/Kitchen                                          Height: Tray

| | |
|---|---|
| 414.71 SF Walls | 889.40 SF Ceiling |
| 1304.10 SF Walls & Ceiling | 697.90 SF Floor |
| 77.54 SY Flooring | 50.53 LF Floor Perimeter |
| 110.78 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into LAUNDRY_ROOM |
| Door | 6' X 6' 8" | Opens into Exterior |
| Door | 6' X 6' 8" | Opens into Exterior |
| Window | 5' 7" X 4' 9" | Opens into Exterior |
| Window | 9' 8" X 5' 8" | Opens into Exterior |



### Subroom: Room1 (1)                                           Height: 8'

| | |
|---|---|
| 117.31 SF Walls | 37.70 SF Ceiling |
| 155.01 SF Walls & Ceiling | 37.70 SF Floor |
| 4.19 SY Flooring | 14.66 LF Floor Perimeter |
| 14.66 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' X 6' 8" | Opens into FURNACE_ROOM |
| Missing Wall | 4' 3 1/2" X 8' | Opens into ENTRY_FOYER |
| Missing Wall | 9' 2 5/8" X 8' | Opens into LIVING_ROOM_ |



### Subroom: Room2 (2)                                           Height: 8'

| | |
|---|---|
| 138.67 SF Walls | 18.44 SF Ceiling |
| 157.10 SF Walls & Ceiling | 18.44 SF Floor |
| 2.05 SY Flooring | 17.33 LF Floor Perimeter |
| 17.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into MASTER_BEDRO |



### Subroom: Room3 (3)                                           Height: 8'

| | |
|---|---|
| 78.14 SF Walls | 21.33 SF Ceiling |
| 99.47 SF Walls & Ceiling | 14.90 SF Floor |
| 1.66 SY Flooring | 8.08 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 4' 8" X 6' 8" | Opens into LIVING_ROOM_ |

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 27. Contents - move out then reset | | | | | |
| 1 | 1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |

### CONTINUED - Living Room/Kitchen

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 28. Mask the walls per square foot - plastic and tape - 4 mil | | | | | |
| | W        748.82 SF | 0.21 | 157.25 | (0.00) | 157.25 |
| 29. Light fixture - Detach & reset | | | | | |
| | 2         2.00 EA | 42.05 | 84.10 | (0.00) | 84.10 |
| 30. Light fixture - Detach & reset - Large | | | | | |
| | 1         1.00 EA | 77.34 | 77.34 | (0.00) | 77.34 |
| 31. Ceiling fan - Detach & reset | | | | | |
| | 1         1.00 EA | 149.79 | 149.79 | (0.00) | 149.79 |
| 32. R&R Outlet | | | | | |
| | 1         1.00 EA | 17.22 | 17.22 | (0.00) | 17.22 |
| 33. R&R 1/2" drywall - hung, taped, ready for texture | | | | | |
| | 100.56     100.56 SF | 2.75 | 276.54 | (0.00) | 276.54 |

This is the area around the windows on the walls where the wind blown water damage has bubbled the paint and drywall. This is not full walls

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 34. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | |
| | 100        100.00 SF | 1.58 | 158.00 | (0.00) | 158.00 |
| 35. Texture drywall - light hand texture | | | | | |
| | 110        110.00 SF | 0.76 | 83.60 | (0.00) | 83.60 |
| 36. Seal the surface area w/latex based stain blocker - one coat | | | | | |
| | 110        110.00 SF | 0.52 | 57.20 | (0.00) | 57.20 |
| 37. R&R Heat/AC register - Mechanically attached | | | | | |
| | 6         6.00 EA | 21.86 | 131.16 | (0.00) | 131.16 |
| 38. Detach & Reset Light bar - 4 lights | | | | | |
| | 2         2.00 EA | 42.05 | 84.10 | (0.00) | 84.10 |
| 39. R&R Window sill | | | | | |
| | 9.7        9.70 LF | 3.55 | 34.44 | (0.38) | 34.06 |
| 40. Seal & paint window sill | | | | | |
| | 9.7        9.70 LF | 2.18 | 21.15 | (2.82) | 18.33 |
| 41. R&R Baseboard - 7 1/4" w/shoe | | | | | |
| | 47        47.00 LF | 7.76 | 364.72 | (0.00) | 364.72 |

Damaged area of base and shoe

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 42. Seal & paint baseboard w/cap &/or shoe, oversized- 2 coats | | | | | |
| | PF        90.61 LF | 1.66 | 150.41 | (20.05) | 130.36 |
| 43. R&R Engineered wood flooring | | | | | |
| | F        768.94 SF | 10.11 | 7,773.98 | (243.91) | 7,530.07 |
| 44. R&R Siding - tongue & groove - pine or equal | | | | | |
| | C        966.86 SF | 4.20 | 4,060.81 | (72.71) | 3,988.10 |
| 45. R&R Blown-in insulation - 12" depth - R30 | | | | | |
| | C        966.86 SF | 1.89 | 1,827.36 | (12.76) | 1,814.60 |
| 46. Seal & paint wood siding | | | | | |
| | C        966.86 SF | 1.59 | 1,537.31 | (204.97) | 1,332.34 |
| 47. Paint the walls - two coats | | | | | |
| | W        748.82 SF | 0.87 | 651.47 | (86.86) | 564.61 |

USAA Confidential

### CONTINUED - Living Room/Kitchen

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 48. Final cleaning - construction - Residential | | | | | |
| F | 768.94 SF | 0.20 | 153.79 | (0.00) | 153.79 |
| **Totals: Living Room/Kitchen** | | | 17,894.69 | 644.46 | 17,250.23 |



| Laundry Room | | | | Height: 8' |
|---|---|---|---|---|
| 220.00 SF Walls | | 42.01 SF Ceiling |
| 262.01 SF Walls & Ceiling | | 42.01 SF Floor |
| 4.67 SY Flooring | | 27.50 LF Floor Perimeter |
| 27.50 LF Ceil. Perimeter | | |

**Door**                       2' 6" X 6' 8"                    Opens into LIVING_ROOM_

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 49. Contents - move out then reset | | | | | |
| 1 | 1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |
| 50. Mask wall - plastic, paper, tape (per LF) | | | | | |
| PC | 27.50 LF | 1.57 | 43.18 | (0.00) | 43.18 |
| 51. Floor protection - plastic and tape - 10 mil | | | | | |
| F | 42.01 SF | 0.33 | 13.86 | (0.00) | 13.86 |
| 52. R&R 5/8" drywall - hung, taped, ready for texture | | | | | |
| 10 | 10.00 SF | 2.87 | 28.70 | (0.00) | 28.70 |
| 53. R&R Blown-in insulation - 10" depth - R26 | | | | | |
| 10 | 10.00 SF | 1.64 | 16.40 | (0.00) | 16.40 |
| 54. Remove Acoustic ceiling (popcorn) texture | | | | | |
| C-10 | 32.01 SF | 0.42 | 13.44 | (0.00) | 13.44 |
| 55. Seal the ceiling w/latex based stain blocker - one coat | | | | | |
| C | 42.01 SF | 0.52 | 21.85 | (2.91) | 18.94 |
| 56. Acoustic ceiling (popcorn) texture | | | | | |
| C | 42.01 SF | 1.20 | 50.41 | (0.67) | 49.74 |
| 57. Light fixture - Detach & reset | | | | | |
| 2 | 2.00 EA | 42.05 | 84.10 | (0.00) | 84.10 |
| 58. Final cleaning - construction - Residential | | | | | |
| F | 42.01 SF | 0.20 | 8.40 | (0.00) | 8.40 |
| 59. R&R Heat/AC register - Mechanically attached | | | | | |
| 2 | 2.00 EA | 21.86 | 43.72 | (0.00) | 43.72 |
| **Totals: Laundry Room** | | | 367.01 | 3.58 | 363.43 |

0901119cb363db1f

USAA Confidential



| Entry/Foyer | | Height: 8' |
|---|---|---|
| 514.92 SF Walls | 272.62 SF Ceiling | |
| 787.54 SF Walls & Ceiling | 272.62 SF Floor | |
| 30.29 SY Flooring | 69.05 LF Floor Perimeter | |
| 73.96 LF Ceil. Perimeter | | |

| Missing Wall - Goes to neither Floor/Ceiling | 6' X 3' 8" | Opens into ENTRY_FOYER |
|---|---|---|
| Door | 4' 11" X 6' 8" | Opens into Exterior |
| Missing Wall | 4' 3 1/2" X 8' | Opens into ROOM1 |

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 60. Contents - move out then reset | | | | | |
| 1 | 1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |
| 61. Mask the walls per square foot - plastic and tape - 4 mil | | | | | |
| W | 514.92 SF | 0.21 | 108.13 | (0.00) | 108.13 |
| 62. Light fixture - Detach & reset | | | | | |
| 1 | 1.00 EA | 42.05 | 42.05 | (0.00) | 42.05 |
| 63. Light fixture - Detach & reset - Large | | | | | |
| 1 | 1.00 EA | 77.34 | 77.34 | (0.00) | 77.34 |
| 64. R&R Outlet | | | | | |
| 1 | 1.00 EA | 17.22 | 17.22 | (0.00) | 17.22 |
| 65. R&R 1/2" drywall - hung, taped, ready for texture | | | | | |
| 10 | 10.00 SF | 2.75 | 27.50 | (0.00) | 27.50 |
| 66. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | |
| 10 | 10.00 SF | 1.58 | 15.80 | (0.00) | 15.80 |
| 67. Texture drywall - light hand texture | | | | | |
| 15 | 15.00 SF | 0.76 | 11.40 | (0.00) | 11.40 |
| 68. Seal the surface area w/latex based stain blocker - one coat | | | | | |
| 15 | 15.00 SF | 0.52 | 7.80 | (0.00) | 7.80 |
| 69. Detach & Reset Baseboard - 7 I/4" w/shoe | | | | | |
| 47 | 47.00 LF | 3.13 | 147.11 | (0.00) | 147.11 |
| Damaged area of base and shoe | | | | | |
| 70. R&R Engineered wood flooring | | | | | |
| F | 272.62 SF | 10.11 | 2,756.19 | (86.48) | 2,669.71 |
| 71. R&R Siding - tongue & groove - pine or equal | | | | | |
| C | 272.62 SF | 4.20 | 1,145.00 | (20.50) | 1,124.50 |
| 72. R&R Blown-in insulation - 12" depth - R30 | | | | | |
| C | 272.62 SF | 1.89 | 515.25 | (3.60) | 511.65 |
| 73. Seal & paint wood siding | | | | | |
| C | 272.62 SF | 1.59 | 433.47 | (57.80) | 375.67 |
| 74. Paint the walls - two coats | | | | | |
| W | 514.92 SF | 0.87 | 447.98 | (59.73) | 388.25 |
| 75. Final cleaning - construction - Residential | | | | | |
| F | 272.62 SF | 0.20 | 54.52 | (0.00) | 54.52 |

0901119cb363db1f

USAA Confidential

CONTINUED - Entry/Foyer

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 76. R&R Heat/AC register - Mechanically attached | | | | | |
| | 1    1.00 EA | 21.86 | 21.86 | (0.00) | 21.86 |
| **Totals: Entry/Foyer** | | | 5,871.57 | 228.11 | 5,643.46 |



| Bedroom 1 | | Height: 8' |
|---|---|---|
| 388.05 SF Walls | 184.98 SF Ceiling | |
| 573.03 SF Walls & Ceiling | 184.98 SF Floor | |
| 20.55 SY Flooring | 46.96 LF Floor Perimeter | |
| 56.21 LF Ceil. Perimeter | | |

| Subroom: Bedroom 2 (1) | | Height: 8' |
|---|---|---|
| 149.00 SF Walls | 32.78 SF Ceiling | |
| 181.78 SF Walls & Ceiling | 32.78 SF Floor | |
| 3.64 SY Flooring | 17.08 LF Floor Perimeter | |
| 26.33 LF Ceil. Perimeter | | |



| Door | 9' 3" X 6' 8" | Opens into BEDROOM_1 |
|---|---|---|

| Subroom: Bedroom 3 (2) | | Height: 8' |
|---|---|---|
| 262.67 SF Walls | 43.61 SF Ceiling | |
| 306.28 SF Walls & Ceiling | 43.61 SF Floor | |
| 4.85 SY Flooring | 32.83 LF Floor Perimeter | |
| 32.83 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into BATHROOM |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_1 |

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 77. Contents - move out then reset | | | | | |
| | 1    1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |
| 78. Mask wall - plastic, paper, tape (per LF) | | | | | |
| | PC    115.38 LF | 1.57 | 181.15 | (0.00) | 181.15 |
| 79. Floor protection - plastic and tape - 10 mil | | | | | |
| | F    261.37 SF | 0.33 | 86.25 | (0.00) | 86.25 |

**CONTINUED - Bedroom 1**

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 80. R&R 5/8" drywall - hung, taped, ready for texture | | | | | |
| 10 | 10.00 SF | 2.87 | 28.70 | (0.00) | 28.70 |
| 81. R&R Blown-in insulation - 10" depth - R26 | | | | | |
| 10 | 10.00 SF | 1.64 | 16.40 | (0.00) | 16.40 |
| 82. Remove Acoustic ceiling (popcorn) texture | | | | | |
| C-10 | 251.37 SF | 0.42 | 105.58 | (0.00) | 105.58 |
| 83. Seal the ceiling w/latex based stain blocker - one coat | | | | | |
| C | 261.37 SF | 0.52 | 135.91 | (18.12) | 117.79 |
| 84. Acoustic ceiling (popcorn) texture | | | | | |
| C | 261.37 SF | 1.20 | 313.64 | (4.18) | 309.46 |
| 85. Light fixture - Detach & reset | | | | | |
| 2 | 2.00 EA | 42.05 | 84.10 | (0.00) | 84.10 |
| 86. Paint the walls - two coats | | | | | |
| W | 799.72 SF | 0.87 | 695.76 | (92.77) | 602.99 |
| 87. R&R Engineered wood flooring | | | | | |
| F | 261.37 SF | 10.11 | 2,642.45 | (82.91) | 2,559.54 |
| 88. R&R Heat/AC register - Mechanically attached | | | | | |
| 2 | 2.00 EA | 21.86 | 43.72 | (0.00) | 43.72 |

| Totals: Bedroom 1 | | | 4,376.61 | 197.98 | 4,178.63 |
|---|---|---|---|---|---|



**Bathroom**                                                                    **Height: 8'**

140.08 SF Walls                          56.50 SF Ceiling
196.59 SF Walls & Ceiling                29.16 SF Floor
3.24 SY Flooring                         13.17 LF Floor Perimeter
31.83 LF Ceil. Perimeter

**Door**                    2' 6" X 6' 8"              Opens into HALLWAY

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 89. Contents - move out then reset | | | | | |
| 1 | 1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |
| 90. Mask wall - plastic, paper, tape (per LF) | | | | | |
| PC | 31.83 LF | 1.57 | 49.97 | (0.00) | 49.97 |
| 91. R&R 5/8" drywall - hung, taped, ready for texture | | | | | |
| 30 | 30.00 SF | 2.87 | 86.10 | (0.00) | 86.10 |
| 92. R&R Blown-in insulation - 10" depth - R26 | | | | | |
| 30 | 30.00 SF | 1.64 | 49.20 | (0.00) | 49.20 |

USAA Confidential

**CONTINUED - Bathroom**

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 93. R&R 1/2" drywall - hung, taped, ready for texture | | | | | |
| 75 | 75.00 SF | 2.75 | 206.25 | (0.00) | 206.25 |
| 94. Texture drywall - light hand texture | | | | | |
| 115 | 115.00 SF | 0.76 | 87.40 | (0.00) | 87.40 |
| 95. Seal the surface area w/latex based stain blocker - one coat | | | | | |
| 115 | 115.00 SF | 0.52 | 59.80 | (0.00) | 59.80 |
| 96. Paint the walls and ceiling - two coats | | | | | |
| WC | 196.59 SF | 0.87 | 171.03 | (22.80) | 148.23 |
| 97. R&R Tile floor covering | | | | | |
| F | 29.16 SF | 10.72 | 312.59 | (4.90) | 307.69 |
| 98. R&R Cabinetry - upper (wall) units | | | | | |
| 10 | 10.00 LF | 151.93 | 1,519.30 | (57.98) | 1,461.32 |
| 2 cabinets with water damage | | | | | |
| 99. R&R Baseboard - 4 1/4" | | | | | |
| PF | 13.17 LF | 4.20 | 55.31 | (0.66) | 54.65 |
| 100. Paint baseboard - two coats | | | | | |
| PF | 13.17 LF | 1.23 | 16.20 | (2.16) | 14.04 |
| 101. Toilet - Detach & reset | | | | | |
| 1 | 1.00 EA | 207.30 | 207.30 | (0.00) | 207.30 |
| 102. Final cleaning - construction - Residential | | | | | |
| F | 29.16 SF | 0.20 | 5.83 | (0.00) | 5.83 |
| 103. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | |
| 75 | 75.00 SF | 1.58 | 118.50 | (0.00) | 118.50 |
| 104. R&R Heat/AC register - Mechanically attached | | | | | |
| 6 | 6.00 EA | 21.86 | 131.16 | (0.00) | 131.16 |
| **Totals: Bathroom** | | | **3,118.89** | **88.50** | **3,030.39** |



**Master Bedroom**                                                              **Height: Tray**

442.33 SF Walls                    289.16 SF Ceiling
731.50 SF Walls & Ceiling          237.81 SF Floor
26.42 SY Flooring                  54.75 LF Floor Perimeter
66.00 LF Ceil. Perimeter

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into ROOM2 |
| Window | 3' X 5' | Opens into Exterior |
| Window | 3' X 5' | Opens into Exterior |
| Missing Wall - Goes to Floor | 3' 3" X 6' 8" | Opens into Exterior |

0901119cb363db1f

USAA Confidential

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 105. Contents - move out then reset | | | | | |
| 1 | 1.00 EA | 42.95 | 42.95 | (0.00) | 42.95 |
| 106. Detach & Reset Baseboard - 7 1/4" w/shoe | | | | | |
| 47 | 47.00 LF | 3.13 | 147.11 | (0.00) | 147.11 |
| Damaged area of base and shoe | | | | | |
| 107. R&R Engineered wood flooring | | | | | |
| F | 237.81 SF | 10.11 | 2,404.26 | (75.43) | 2,328.83 |
| 108. Final cleaning - construction - Residential | | | | | |
| F | 237.81 SF | 0.20 | 47.56 | (0.00) | 47.56 |
| 109. Seal & paint baseboard w/cap &/or shoe, oversized- 2 coats | | | | | |
| PF | 54.75 LF | 1.66 | 90.89 | (12.12) | 78.77 |
| 110. Clean ductwork - Interior (PER REGISTER) | | | | | |
| 1 | 1.00 EA | 32.33 | 32.33 | (0.00) | 32.33 |
| **Totals: Master Bedroom** | | | **2,765.10** | **87.55** | **2,677.55** |

**General**

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 111. Dumpster load - Approx. 20 yards, 4 tons of debris | | | | | |
| 1 | 1.00 EA | 545.00 | 545.00 | (0.00) | 545.00 |
| For all but roofing material | | | | | |
| 112. Tree - removal and disposal - per hour including equipment | | | | | |
| 2 | 2.00 HR | 81.64 | 163.28 | (0.00) | 163.28 |
| 113. Clean ductwork - Interior (PER REGISTER) | | | | | |
| 20 | 20.00 EA | 32.33 | 646.60 | (0.00) | 646.60 |
| There may be more work associated with this but this is the damage that can be seen at this time. | | | | | |
| **Totals: General** | | | **1,354.88** | **0.00** | **1,354.88** |
| **Total: Interior** | | | **35,748.75** | **1,250.18** | **34,498.57** |

**Labor Minimums Applied**

| Description | Quantity | Unit Price | RCV | Depreciation | ACV |
|---|---|---|---|---|---|
| 114. Plumbing labor minimum | | | | | |
| 1 | 1.00 EA | 57.32 | 57.32 | (0.00) | 57.32 |
| **Totals: Labor Minimums Applied** | | | **57.32** | **0.00** | **57.32** |

0901119cb363db1f

USAA Confidential

Line Item Totals: SMITH___MICHELLE                        58,270.65          11,745.31          46,525.34

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 3,965.09 | SF Walls | 2,854.65 | SF Ceiling | 6,819.74 | SF Walls and Ceiling |
| 3,100.66 | SF Floor | 344.52 | SY Flooring | 492.79 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 647.87 | LF Ceil. Perimeter |
| 3,100.66 | Floor Area | 3,262.51 | Total Area | 4,015.85 | Interior Wall Area |
| 3,988.59 | Exterior Wall Area | 538.14 | Exterior Perimeter of Walls | | |
| 4,205.71 | Surface Area | 42.06 | Number of Squares | 250.96 | Total Perimeter Length |
| 12.77 | Total Ridge Length | 165.87 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 58,107.37 | 99.72% | 57,027.51 | 99.66% |
| Dwelling - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Loss of Use | 0.00 | 0.00% | 0.00 | 0.00% |
| Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Tree Debris Removal | 163.28 | 0.28% | 195.94 | 0.34% |
| Tree Debris Removal - Tree debris removal | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 58,270.65 | 100.00% | 57,223.45 | 100.00% |

0901119cb363db1f

## Recap by Room

**Estimate: SMITH__MICHELLE**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Roof1** | | **15,095.03** | **25.91%** |
| Coverage: Dwelling | 100.00% = | 15,095.03 | |
| **Right Elevation** | | **267.40** | **0.46%** |
| Coverage: Dwelling | 100.00% = | 267.40 | |
| **Back elevation** | | **372.72** | **0.64%** |
| Coverage: Dwelling | 100.00% = | 372.72 | |
| | | | |
| **Area Subtotal:  Main Level** | | **15,735.15** | **27.00%** |
| Coverage: Dwelling | 100.00% = | 15,735.15 | |

**Area: Deck and Stairs**

| | | | |
|---|---|---|---|
| **Deck** | | **6,729.43** | **11.55%** |
| Coverage: Dwelling | 100.00% = | 6,729.43 | |
| | | | |
| **Area Subtotal:  Deck and Stairs** | | **6,729.43** | **11.55%** |
| Coverage: Dwelling | 100.00% = | 6,729.43 | |

**Area: Interior**

| | | | |
|---|---|---|---|
| **Living Room/Kitchen** | | **17,894.69** | **30.71%** |
| Coverage: Dwelling | 100.00% = | 17,894.69 | |
| **Laundry Room** | | **367.01** | **0.63%** |
| Coverage: Dwelling | 100.00% = | 367.01 | |
| **Entry/Foyer** | | **5,871.57** | **10.08%** |
| Coverage: Dwelling | 100.00% = | 5,871.57 | |
| **Bedroom 1** | | **4,376.61** | **7.51%** |
| Coverage: Dwelling | 100.00% = | 4,376.61 | |
| **Bathroom** | | **3,118.89** | **5.35%** |
| Coverage: Dwelling | 100.00% = | 3,118.89 | |
| **Master Bedroom** | | **2,765.10** | **4.75%** |
| Coverage: Dwelling | 100.00% = | 2,765.10 | |
| **General** | | **1,354.88** | **2.33%** |
| Coverage: Dwelling | 87.95% = | 1,191.60 | |
| Coverage: Tree Debris Removal | 12.05% = | 163.28 | |
| | | | |
| **Area Subtotal:  Interior** | | **35,748.75** | **61.35%** |
| Coverage: Dwelling | 99.54% = | 35,585.47 | |
| Coverage: Tree Debris Removal | 0.46% = | 163.28 | |
| **Labor Minimums Applied** | | **57.32** | **0.10%** |
| Coverage: Dwelling | 100.00% = | 57.32 | |
| | | | |
| **Subtotal of Areas** | | **58,270.65** | **100.00%** |
| Coverage: Dwelling | 99.72% = | 58,107.37 | |

0901119cb363db1f

USAA Confidential

Coverage: Tree Debris Removal                    0.28% =                    163.28

**Total**

                                                                         **58,270.65**     **100.00%**

0901119cb363db1f                    USAA Confidential

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **CABINETRY** | | | 1,519.30 | 57.98 | 1,461.32 |
| Coverage: Dwelling | @ | 100.00% = | 1,519.30 | | |
| **CLEANING** | | | 949.03 | | 949.03 |
| Coverage: Dwelling | @ | 100.00% = | 949.03 | | |
| **CONTENT MANIPULATION** | | | 257.70 | | 257.70 |
| Coverage: Dwelling | @ | 100.00% = | 257.70 | | |
| **GENERAL DEMOLITION** | | | 1,081.00 | | 1,081.00 |
| Coverage: Dwelling | @ | 84.90% = | 917.72 | | |
| Coverage: Tree Debris Removal | @ | 15.10% = | 163.28 | | |
| **DRYWALL** | | | 1,693.67 | 4.85 | 1,688.82 |
| Coverage: Dwelling | @ | 100.00% = | 1,693.67 | | |
| **ELECTRICAL** | | | 34.44 | | 34.44 |
| Coverage: Dwelling | @ | 100.00% = | 34.44 | | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | 26.88 | | 26.88 |
| Coverage: Dwelling | @ | 100.00% = | 26.88 | | |
| **FLOOR COVERING - CERAMIC TILE** | | | 312.59 | 4.90 | 307.69 |
| Coverage: Dwelling | @ | 100.00% = | 312.59 | | |
| **FLOOR COVERING - WOOD** | | | 15,576.88 | 488.73 | 15,088.15 |
| Coverage: Dwelling | @ | 100.00% = | 15,576.88 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | 748.69 | 1.04 | 747.65 |
| Coverage: Dwelling | @ | 100.00% = | 748.69 | | |
| **FRAMING & ROUGH CARPENTRY** | | | 3,190.74 | 1,300.84 | 1,889.90 |
| Coverage: Dwelling | @ | 100.00% = | 3,190.74 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | 371.62 | | 371.62 |
| Coverage: Dwelling | @ | 100.00% = | 371.62 | | |
| **INSULATION** | | | 2,716.91 | 16.36 | 2,700.55 |
| Coverage: Dwelling | @ | 100.00% = | 2,716.91 | | |
| **LIGHT FIXTURES** | | | 682.92 | | 682.92 |
| Coverage: Dwelling | @ | 100.00% = | 682.92 | | |
| **PLUMBING** | | | 264.62 | | 264.62 |
| Coverage: Dwelling | @ | 100.00% = | 264.62 | | |
| **PAINTING** | | | 8,409.42 | 3,317.47 | 5,091.95 |
| Coverage: Dwelling | @ | 100.00% = | 8,409.42 | | |
| **ROOFING** | | | 14,676.69 | 6,459.93 | 8,216.76 |
| Coverage: Dwelling | @ | 100.00% = | 14,676.69 | | |
| **SIDING** | | | 5,339.21 | 93.21 | 5,246.00 |
| Coverage: Dwelling | @ | 100.00% = | 5,339.21 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | 418.34 | | 418.34 |
| Coverage: Dwelling | @ | 100.00% = | 418.34 | | |
| **O&P Items Subtotal** | | | 58,270.65 | 11,745.31 | 46,525.34 |
| **Material Sales Tax** | | | 1,487.21 | 326.52 | 1,160.69 |
| Coverage: Dwelling | @ | 100.00% = | 1,487.21 | | |
| **Overhead** | | | 5,975.90 | 1,207.19 | 4,768.71 |
| Coverage: Dwelling | @ | 99.73% = | 5,959.57 | | |
| Coverage: Tree Debris Removal | @ | 0.27% = | 16.33 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Profit** | | | | 5,975.90 | 1,207.19 | 4,768.71 |
| Coverage: Dwelling | @ | 99.73% | = | 5,959.57 | | |
| Coverage: Tree Debris Removal | @ | 0.27% | = | 16.33 | | |
| **Total** | | | | **71,709.66** | **14,486.21** | **57,223.45** |

## FREQUENTLY ASKED QUESTIONS

The FAQ's and answers below will be helpful in the claim process. If there is any conflict between these answers and the policy, your policy controls. Please read your policy.

### How is my initial Dwelling payment determined?
Subject to the applicable deductible and policy conditions, Dwelling payments are generally based on the cost to repair or replace the damaged property with similar construction and for the same use on the same premises. When the cost to repair or replace the damaged dwelling exceeds $5000, USAA will pay a portion of the claim up front (the actual cash value of the loss), and the balance (recoverable depreciation) when the repairs are complete.

### How do I collect the recoverable depreciation?
Where initial payment for Dwelling loss is in the amount of Actual Cash Value, to receive additional amounts (recoverable depreciation), you must complete the actual repair or replacement of the damaged part of the property. When repair or replacement is actually completed, the policy will pay the covered additional amount you actually and necessarily incurred to repair or replace the property, but not to exceed the approved replacement cost of your claim (our cost). In no case will USAA pay more than the total amount of the actual repairs less your policy deductible.

### Why is the check made out to me and someone else (or some other company)?
If your check includes the name of your mortgage company it is because we are required to include their name on our payment to you, per the mortgage clause on your policy. The check must be presented to them for their endorsement prior to submitting it to our bank for payment. Incomplete endorsements will result in the check being returned without payment. Please contact us if the mortgagee information is incorrect so that we may update that information and issue a correct payment to you.

### What if I'm not going to repair or replace my damaged property using the same material?
Please contact us if you choose to repair or replace the damaged building part with a different material or type of construction from what is on our estimate. Replacement or repair differing from the original estimate could affect any replacement cost claim you are otherwise eligible to collect.

### What if my contractor's estimate is different from USAA's estimate?
Show the USAA estimate to your contractor. If your contractor's estimate is higher, please contact USAA prior to starting the repairs to your home as the additional charges may not be covered.

USAA Confidential

EXHIBIT 3



**SANTA ROSA COUNTY
DEVELOPMENT SERVICES**

Tambre Lee
Building Official
tambrel@santarosa.fl.gov

SHAWN WARD, AICP
Planning Director
shawnw@santarosa.fl.gov

6051 Old Bagdad Highway, Suite 202 | Milton, Florida 32583

August 15, 2022
Substantial Damage

Dr. Michelle L. Smith
2616 Bayshore Pkwy
Milton, FL 32583

Subject: Notice of Determination

Dear Dr. Smith:

As a result of a substantial damage determination, the County has determined that your **structure located at 2616 Bayshore Pkwy, Milton, FL 32583, received damages exceeding 50% of the pre-damage structure value** as a result of a combination of the flooding, wind and storm surge that occurred September 16th, 2020 due to Hurricane Sally.

Under the requirements of the Santa Rosa County Floodplain Management Ordinance, structures located within the 100-year floodplain that receive damage of any origin, whereby the cost of restoring the structure would equal or exceed 50% of the structure value, must be brought into compliance with the Ordinance. For a residential structure with more than 50% damage that is non-compliant with the Ordinance, the structure must be either removed from the floodplain, entirely demolished, or have the lowest floor elevated to, or above the 100-year flood elevation. Failure to comply with this requirement will result in fines and/or legal action by the County against the owner of the structure.

Under the National Flood Insurance Program, the Increased Cost of Compliance (or ICC) program may provide additional financial assistance to either elevate or remove flood-damaged structures from the floodplain. ICC applies to flooded structures that are substantially damaged.

Be advised that all repairs, reconstruction, demolition and new construction are subject to the provisions of the Florida Building Code and will require a building permit. Construction activities that occur without a proper permit are considered non-compliant and may result in fines and/or the removal of the non-compliant construction.

I am prepared to meet with you at my office to discuss the determination process and/or provide guidance, as necessary. To schedule a meeting or discuss any questions regarding this determination please contact me at 850-981-7029 between the hours of 8:00 AM and 3:30 PM Monday thru Friday.

Sincerely,

Karen Thornhill, CFM
Floodplain Manager

0901119cb363db1f

USAA Confidential

EXHIBIT 4

# JAMES M. MESSER

## ATTORNEY AT LAW

**1499 Knollwood Court, Vestavia Hills, Alabama 35243**

TELEPHONE: (850) 266-4641                                        EMAIL: messerlaw@att.net

September 9, 2022

USAA Casualty Insurance Company
Att: Claims Department
P.O. Box 33490
San Antonio, TX. 78265

|  |  |  |
|---|---|---|
| Re: | Insured: | Michelle L. Smith |
|  | Property: | 2616 Bayshore Parkway, Milton, FL. 32583 |
|  | Claim No.: | 006751233-017 |
|  | Policy No.: | 006751233/90A |
|  | Date of Loss: | 9/16/20 |
|  | Type of Loss: | Wind (Hurricane Sally) |

### PRE-SUIT SETTLEMENT DEMAND

Claims Department:

This letter will supplement my letter to you dated August 24, 2022, concerning the above claim.

This will serve as notice that Santa Rosa County, Florida, has made a determination that the insured property was substantially damaged as a result of Hurricane Sally. A copy of the determination letter is attached hereto. As indicated in the determination letter, the repair of the house must now meet new construction standards. This includes flood plain building requirements as well as the Florida Building Code. One of these requirements requires the elevation of the property which prevents the property from being repaired to its pre-loss condition. In this case, the insured house has been effectively condemned since the cost to elevate and repair the

1

USAA Confidential

house to current standards and requirements will exceed the cost to demolish and rebuild the house. Under Florida law, the house is a constructive total loss. Accordingly, under the Florida Valued Policy Statute, Sec. 627.702 (1)(a), Ms. Smith is due to be paid the building policy limits.

Ms. Smith's building policy limit is $428,000. Further, her policy provides for Building Ordinance or Law coverage not to exceed 5% of the building limit which, in this case, provides additional coverage in the amount of $21,400 for total building coverage in the amount of $449,400. Based on the records in my possession, USAA paid a total of $48,663.45 under the building coverage of her policy. This leaves a total amount due under the building coverage of $400,736.55. Final demand is hereby made for this amount.

This letter will confirm that a demand was made for contents and loss of use in my previous letter along with a request for further claim forms and instructions necessary to process and pay these claims. This will further confirm that USAA did not provide or request any forms or provide instructions and denied both claims in its letter of August 26, 2022.

As instructed, this letter/demand is being sent to you via email at: 4vv9dkpzx7m5@claims.usaa.com. If I do not hear from you within seven (7) days, I will proceed with all steps necessary to initiate litigation.

Thank you for your attention to this matter. I look forward to your prompt response.

Very truly yours,

*James M. Messer*

James M. Messer

0901119cb363db1f

USAA Confidential



## SANTA ROSA COUNTY
## DEVELOPMENT SERVICES

Tambre Lee
Building Official
tambrel@santarosa.fl.gov

SHAWN WARD, AICP
Planning Director
shawnw@santarosa.fl.gov

6051 Old Bagdad Highway, Suite 202| Milton, Florida 32583

August 15, 2022
Substantial Damage

Dr. Michelle L. Smith
2616 Bayshore Pkwy
Milton, FL 32583

Subject: Notice of Determination

Dear Dr. Smith:

As a result of a substantial damage determination, the County has determined that your **structure located at 2616 Bayshore Pkwy, Milton, FL 32583, received damages exceeding 50% of the pre-damage structure value** as a result of a combination of the flooding, wind and storm surge that occurred September 16th, 2020 due to Hurricane Sally.

Under the requirements of the Santa Rosa County Floodplain Management Ordinance, structures located within the 100-year floodplain that receive damage of any origin, whereby the cost of restoring the structure would equal or exceed 50% of the structure value, must be brought into compliance with the Ordinance. For a residential structure with more than 50% damage that is non-compliant with the Ordinance, the structure must be either removed from the floodplain, entirely demolished, or have the lowest floor elevated to, or above the 100-year flood elevation. Failure to comply with this requirement will result in fines and/or legal action by the County against the owner of the structure.

Under the National Flood Insurance Program, the Increased Cost of Compliance (or ICC) program may provide additional financial assistance to either elevate or remove flood-damaged structures from the floodplain. ICC applies to flooded structures that are substantially damaged.

Be advised that all repairs, reconstruction, demolition and new construction are subject to the provisions of the Florida Building Code and will require a building permit. Construction activities that occur without a proper permit are considered non-compliant and may result in fines and/or the removal of the non-compliant construction.

I am prepared to meet with you at my office to discuss the determination process and/or provide guidance, as necessary. To schedule a meeting or discuss any questions regarding this determination please contact me at 850-981-7029 between the hours of 8:00 AM and 3:30 PM Monday thru Friday.

Sincerely,

Karen Thornhill, CFM
Floodplain Manager

0901119cb363db1f

USAA Confidential

EXHIBIT 5

Dear Sir or Madam,

This correspondence is regarding the following USAA claim:

**USAA policyholder:**   Michelle L Smith
**Claim number:**   006751233–017

USAA herby rejects your demand of $400,736.55. As stated in previous acknowledgement letter we do not have the proper documentation for your loss of use and recoverable depreciation demands. Since there is no new documentation to support the $127,499.01 contractor estimate, there are no changes at this time.

You may reply to this message. If you need to provide documentation, you can attach documents to your email. We can't guarantee the security of any medical, financial or other personally identifiable information sent by email.

**Email Delivery Criteria**
To ensure delivery of your email, please make sure it meets the following criteria:

- The size of the message can't exceed 30 MB.
- These attachments are supported: .bmp, .jpe, .jpeg, .jpg, .pdf, .doc, .docx, .xls and .xlsx.
- Individual attachments must not exceed 7 MB.
- Include no more than 10 attachments.
- Attachments can't be password-protected.

Sincerely,


Allcat Claims Service
USAA Claims
USAA Casualty Insurance Company

[00922:044:18]

cc : Dennis

0901119cb363db1f

USAA Confidential



## Property Insurance Notice of Intent to Initiate Litigation

Notice Number:    **54462**

Notice Accepted:    **9/12/2022 12:57:02 PM**

# EXHIBIT 6

☑ The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

**Claimant (Insured filing suit under a residential or commercial insurance policy)**

| | |
|---|---|
| Name: | **Michelle L. Smith** |
| Street Address: | **2616 Bayshore Parkway** |
| City, State Zip: | **Milton, FL 32583** |
| Email Address: | **messerlaw@att.net** |
| Policy Number: | **006751233/90A** |
| Claim Number: | **006751233-017** |

**Attorney**

| | |
|---|---|
| Name: | **James Messer** |
| Street Address: | **1499 Knollwood Court** |
| City, State Zip: | **Vestavia Hills, AL 35243** |
| Email Address: | **messerlaw@att.net** |
| Florida Bar #: | **0655880** |
| Firm Name: | **James M. Messer, Esq.** |
| Role on Claim: | **Represent Insured** |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.

0901119cb363db1f

**USAA Confidential**



Insurer Name:

**USAA CASUALTY INSURANCE COMPANY(25968)**

* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

Alleged Acts or Omissions of the Insurer:

**Claimant's residence was damaged by windstorm as a result of Hurricane Sally on or about 9/16/2020. USAA paid $48,663.45 on the building claim. Estimates received from two local contractors exceed this amount and also show that the residence was substantially damaged. Santa Rosa County issued a determination of substantial damage regarding the property on August 15, 2022. As a result, the claimant contends that the residence is a constructive total loss and has demanded the unpaid building policy limits of $400,736.55 under Florida Valued Policy Statute, Sec. 627.702(1)(a). USAA has denied the claim. Claimant also asserts a claim for loss of use and contents damage which has also been denied. The amounts of these claims are unknown at this time.**

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | **$400,737.00** |
| Damages: | **$400,737.00** |
| Attorney Fees: | **$4,500.00** |
| Costs: | **$2,500.00** |
| Disputed Amount: | **UNKNOWN** |

The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.
1. ltr to USAA.pdf -
2. USAA ltr 8 26 22 denial.pdf -
3. demand ltr to USAA.pdf -
4. USAA ltr 9 9 22 denial.pdf -
5. sub.damage.ltr.pdf -

0901119cb363db1f

USAA Confidential

EXHIBIT  7

# JAMES M. MESSER

## ATTORNEY AT LAW

#### 1499 Knollwood Court, Vestavia Hills, Alabama 35243

TELEPHONE: (850) 266-4641                         EMAIL: messerlaw@att.net

September 12, 2022

USAA Casualty Insurance Company
Att: Claims Department
P.O. Box 33490
San Antonio, TX. 78265

| | | |
|---|---|---|
| Re: | Insured: | Michelle L. Smith |
| | Property: | 2616 Bayshore Parkway, Milton, FL. 32583 |
| | Claim No.: | 006751233-017 |
| | Policy No.: | 006751233/90A |
| | Date of Loss: | 9/16/20 |
| | Type of Loss: | Wind (Hurricane Sally) |

Claims Department:

This will follow up my letter dated September 9, 2022, and reply to your letter dated the same date.

In your letter, you continue to deny any further payment on the building claim stating that "…Since there is no new documentation to support the $127,499.01 contractor estimate, there are no changes at this time…". This statement is incorrect. The demand letter included a Notice of Determination of Substantial Damage issued by the building department of Santa Rosa County. I am attaching another copy of this letter for your convenience and review. As you know, this determination will prevent the residence from being repaired to its pre-loss condition and any estimated costs to repair the structure are not relevant at this time. Under Florida law, Ms. Smith's house is considered a constructive total loss and she is entitled to policy limits under her policy pursuant to the Florida Valued Policy Statute, Sec. 627.702 (1)(a). Please reconsider your position on this matter.

0901119cb363db1f                        USAA Confidential

In any event, as a result of USAA's unjustified denial of Dr. Smith's claim, a Notice of Intent to Initiate Litigation was filed today pursuant to Section 627.70152, Florida Statutes. This Notice will be electronically sent to USAA by the Florida Department of Financial Services but I am also including a copy of this Notice with this letter.

This letter is being sent to you via email at: 4vv9dkpzx7m5@claims.usaa.com. If no response is received within ten (10) days, a lawsuit will be filed seeking all damages, attorney fees and costs payable under the policy and Florida law.

Thank you for your attention to this matter. I look forward to your prompt response.

Very truly yours,

*James M. Messer*

James M. Messer

USAA Confidential



**SANTA ROSA COUNTY
DEVELOPMENT SERVICES**

Tambre Lee
Building Official
tambrel@santarosa.fl.gov

SHAWN WARD, AICP
Planning Director
shawnw@santarosa.fl.gov

6051 Old Bagdad Highway, Suite 202| Milton, Florida 32583

August 15, 2022
Substantial Damage

Dr. Michelle L. Smith
2616 Bayshore Pkwy
Milton, FL 32583

Subject: Notice of Determination

Dear Dr. Smith:

As a result of a substantial damage determination, the County has determined that your **structure located at 2616 Bayshore Pkwy, Milton, FL 32583, received damages exceeding 50% of the pre-damage structure value** as a result of a combination of the flooding, wind and storm surge that occurred September 16th, 2020 due to Hurricane Sally.

Under the requirements of the Santa Rosa County Floodplain Management Ordinance, structures located within the 100-year floodplain that receive damage of any origin, whereby the cost of restoring the structure would equal or exceed 50% of the structure value, must be brought into compliance with the Ordinance. For a residential structure with more than 50% damage that is non-compliant with the Ordinance, the structure must be either removed from the floodplain, entirely demolished, or have the lowest floor elevated to, or above the 100-year flood elevation. Failure to comply with this requirement will result in fines and/or legal action by the County against the owner of the structure.

Under the National Flood Insurance Program, the Increased Cost of Compliance (or ICC) program may provide additional financial assistance to either elevate or remove flood-damaged structures from the floodplain. ICC applies to flooded structures that are substantially damaged.

Be advised that all repairs, reconstruction, demolition and new construction are subject to the provisions of the Florida Building Code and will require a building permit. Construction activities that occur without a proper permit are considered non-compliant and may result in fines and/or the removal of the non-compliant construction.

I am prepared to meet with you at my office to discuss the determination process and/or provide guidance, as necessary. To schedule a meeting or discuss any questions regarding this determination please contact me at 850-981-7029 between the hours of 8:00 AM and 3:30 PM Monday thru Friday.

Sincerely,

Karen Thornhill, CFM
Floodplain Manager

0901119cb363db1f

USAA Confidential



## Property Insurance Notice of Intent to Initiate Litigation

Notice Number: **54462**

Notice Accepted: **9/12/2022 12:57:02 PM**

☑ The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

**Claimant (Insured filing suit under a residential or commercial insurance policy)**

| | |
|---|---|
| Name: | **Michelle L. Smith** |
| Street Address: | **2616 Bayshore Parkway** |
| City, State Zip: | **Milton, FL 32583** |
| Email Address: | **messerlaw@att.net** |
| Policy Number: | **006751233/90A** |
| Claim Number: | **006751233-017** |

**Attorney**

| | |
|---|---|
| Name: | **James Messer** |
| Street Address: | **1499 Knollwood Court** |
| City, State Zip: | **Vestavia Hills, AL 35243** |
| Email Address: | **messerlaw@att.net** |
| Florida Bar #: | **0655880** |
| Firm Name: | **James M. Messer, Esq.** |
| Role on Claim: | **Represent Insured** |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.

USAA Confidential

0901119cb363db1f



Jimmy
Patronis

Notice Details

Insurer Name:

**USAA CASUALTY INSURANCE COMPANY(25968)**

\* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org; or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

Alleged Acts or Omissions of the Insurer:

**Claimant's residence was damaged by windstorm as a result of Hurricane Sally on or about 9/16/2020. USAA paid $48,663.45 on the building claim. Estimates received from two local contractors exceed this amount and also show that the residence was substantially damaged. Santa Rosa County issued a determination of substantial damage regarding the property on August 15, 2022. As a result, the claimant contends that the residence is a constructive total loss and has demanded the unpaid building policy limits of $400,736.55 under Florida Valued Policy Statute, Sec. 627.702(1)(a). USAA has denied the claim. Claimant also asserts a claim for loss of use and contents damage which has also been denied. The amounts of these claims are unknown at this time.**

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | **$400,737.00** |
| Damages: | **$400,737.00** |
| Attorney Fees: | **$4,500.00** |
| Costs: | **$2,500.00** |
| Disputed Amount: | **UNKNOWN** |

Attachments

The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.
1. ltr to USAA.pdf -
2. USAA ltr 8 26 22 denial.pdf -
3. demand ltr to USAA.pdf -
4. USAA ltr 9 9 22 denial.pdf -
5. sub.damage.ltr.pdf -

DFS-10-1600
Rev. 07/01/2021

0901119cb363db1f

USAA Confidential