UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHELLE L SMITH,
    Plaintiff,

v.                                                              Case No.: 3:22cv21728/MCR/ZCB

USAA CASUALTY INSURANCE
COMPANY,
    Defendant.
_____/

## **SETTLEMENT CONFERENCE REPORT**

On June 12, 2024, the undersigned conducted a settlement conference in these matters pursuant to 28 U.S.C. § 636(b) and upon referral (Doc. 43). The conference resulted in a **SETTLEMENT** of the above-captioned case.

The parties shall file a joint stipulation of voluntary dismissal within **seven days** of the date of this Order.

**SO ORDERED** this 12th day of June 2024.

                                                                            /s/ *Zachary C. Bolitho*
                                                                            Zachary C. Bolitho
                                                                            United States Magistrate Judge